UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARONIUS PRESS LTD, <br><br> Plaintiff, <br><br> v. <br><br> FAITHLIFE CORPORATION, <br><br> Defendant. | CASE NO. 2:22-cv-01635-TL <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) On November 18, 2022, Plaintiff moved for leave to file an amended complaint "pursuant to Federal Rules of Civil Procedure 15(a)(1)(A)." Dkt. No. 10 at 1. Rule 15(a)(1)(A) permits a party to amend a pleading as a matter of course without requiring leave of the Court.

(2) The Clerk is therefore directed to STRIKE the motion for leave to amend at Dkt. No 10.

(3) Plaintiff is directed to file its amended complaint.

Dated this 21st day of November 2022.

                                          Ravi Subramanian
                                          Clerk of the Court

                                          s/ Kadya Peter
                                          Deputy Clerk

MINUTE ORDER - 2