HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARONIUS PRESS, LTD., an Isle of Man limited company, <br><br> Plaintiff, <br><br> v. <br><br> FAITHLIFE CORPORATION, a Washington corporation, <br><br> Defendants. | NO. 2:22-cv-01635-TL <br><br> **PLAINTIFF BARONIUS PRESS, LTD.'S EXHIBIT APPENDIX TO PLAINTIFF'S SECOND AMENDED VERIFIED COMPLAINT FOR DAMAGES** |

**EXHIBIT APPENDIX TO
PLAINTIFF'S SECOND AMENDED VERIFIED COMPLAINT**

| Exhibit No. | Description of Exhibit |
|---|---|
| **Exhibit 1** | Mr. Craig St. Clair's LinkedIn personal profile |

EXHIBIT APPENDIX,
CASE NO. 2:22-CV-01635-TL - 1

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

| Exhibit No. | Description of Exhibit |
|---|---|
| **Exhibit 2** | Documents showing the history of the copyright timeline of *Grundriss*<br>• Contract: Ludwig Ott – Herder & co (1951)<br>• Regina Ott – Certificate of Inheritance (1985)<br>• Assignment of Rights: Regina Ott – Seminary of Eichstätt (1985)<br>• Verlag Herder returns the rights to Diocese of Eichstätt (2004)<br>• Diocese of Eichstätt grants Nova et Vetera the rights for English edition (2008)<br>• Agreement: Baronius Press – nova et vetera (2009) **[payment terms redacted, and an unredacted version of this agreement will be produced under the parties' executed protective order]**<br>• Agreement: Baronius Press – nova et vetera (2012) **[payment terms redacted, and an unredacted version of this agreement will be produced under the parties' executed protective order]**<br>• Addendum to Agreement: Baronius Press – nova et vetera (2015)<br>• *Grundriss* - Form GATT registration (2014)<br>• U.S. Copyright Office Certificate of Registration – *Grundriss der katholischen Dogmatik* (2014)<br>• Copyright.gov record view - *Grundriss* |
| **Exhibit 3** | Documents showing the history of the copyright timeline of *Fundamentals*<br>• Contract: Mercier Press – Verlag Herder (1953)<br>• Mercier Press – Authors/Translators Ledger - Dr. Patrick Lynch<br>• Mercier Press - Assignment of rights to Baronius Press (2010) **[payment terms redacted, and an unredacted version of this assignment will be produced under the parties' executed protective order]**<br>• *Fundamentals* - Form GATT registration (2014)<br>• U.S. Copyright Office Certificate of Registration – *Fundamentals of Catholic Dogma* (2014)<br>• Copyright.gov record view - *Fundamentals* |

EXHIBIT APPENDIX,
CASE NO. 2:22-CV-01635-TL - 2

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

| Exhibit No. | Description of Exhibit |
|---|---|
| **Exhibit 4** | Printout of Defendant's Forums: "Ludwig Ott's Fundamentals of Catholic Dogma is Back!" at https://community.logos.com/forums/t/180933.aspx |
| **Exhibit 5** | A sample of Plaintiff's press release and coverage regarding an out of court settlement on *Fundamentals* with St. Benedict Press. |
| **Exhibit 6** | Correspondence with Faithlife – Craig St Clair and Bethany Olsen |
| **Exhibit 7** | Correspondence Faithlife – Bob Pritchett, President/CEO |
| **Exhibit 8** | Copyright Management Information (CMI) in Defendant's copies of public domain titles. |
| **Exhibit 9** | A side-by-side comparison of Plaintiff's CMI and Defendant's CMI |
| **Exhibit 10** | Printout of Defendant's Forums: "Knox Bible please!" at https://community.logos.com/forums/t/97884.aspx |
| **Exhibit 11** | Printout of Defendant's Forums: "Book Suggestion: Knox Bible" at https://community.logos.com/forums/t/181544.aspx |
| **Exhibit 12** | Printout of Defendant's Forums: "The Knox Bible – Book Suggestions for Logos" at https://suggestbooks.uservoice.com/forums/308269-book-suggestions/suggestions/10852821-the-knox-bible |
| **Exhibit 13** | Printout of Defendant's Forums: "Suggestion: Catholic Bibles" at https://community.logos.com/forums/p/185648/1071879.aspx |
| **Exhibit 14** | Printout of Defendant's Forums: "Divine Intimacy – Book Suggestions for Logos" at https://suggestbooks.uservoice.com/forums/308269-book-suggestions/suggestions/11225271-divine-intimacy |

EXHIBIT APPENDIX,
CASE NO. 2:22-CV-01635-TL - 3

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

| | |
|---|---|
| Dated: April 10, 2023 | GORDON REES SCULLY MANSUKHANI, LLP |
| | By: */s/ William M. Hughbanks* <br> William M. Hughbanks WSBA # 45562 <br> Meredith L. Thielbahr, WSBA #41746 <br> Attorneys for Plaintiff Baronius Press, Ltd <br> Gordon Rees Scully Mansukhani, LLP <br> 701 5th Avenue, Suite 2100 <br> Seattle, WA 98104 <br> Phone: (206) 695-5100 <br> Fax: (206) 689-2822 <br> Email:    whughbanks@grsm.com <br>               mishman@grsm.com <br>               mthielbahr@grsm.com <br><br> *Attorneys for Plaintiff* |

EXHIBIT APPENDIX,
CASE NO. 2:22-CV-01635-TL - 4

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nicholas F. Lenning, WSBA #54740
Ashley E.M. Gammell, WSBA #50123
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
Fax: (206) 623-7022
Email:
nicholas.lenning@klgates.com
ashley.gammell@klgates.com

Attorneys for Defendant Faithlife LLC

By: */s/ William M. Hughbanks*
William M. Hughbanks WSBA # 45562

EXHIBIT APPENDIX,
CASE NO. 2:22-CV-01635-TL - 5

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822