# EXHIBIT 1

     

Home · My Network · Jobs · Messaging



# Craig St. Clair

Product Manager, Platform Services at Copyright Clearance Center (CCC)

-  Copyright Clearance Center (CCC)
-  Saint John's University

Greater Boston · **Contact info**

**303** connections

**＋ Connect**   **🔒 Message**   **More**

## About

I create products that transform peoples' lives. Over the last ten-plus years, in several Product Management roles, I delivered 100+ software products that offer world-class content and features, grossing up to $10 million annually.

## Featured

Link



**Verbum to Cosponsor Conference in Rome: Jesus an…**

Verbum Blog

The team behind Verbum Catholic Study Software will play an active role in the Pontifical Biblical Institute's upcoming international conference. Verbum Catholic Study Software will be…

Link



**Pope Francis & "Lead Us Not Into Temptation:" A Response**

Verbum Blog

Last Friday on the Logos Blog, Faithlife's own resident "Logos Pro" Dr. Mark Ward posted a piece in response to Pope Francis's comments made on the "lead us not into temptation"…

Link



**All Roa… Verbum…**

Verbum

Verbum Pontific and the Rome t had an the Cle…

## Activity

**302 followers**

**Craig St. Clair** commented on a post • 2mo

Congrats, Mark! I hope you are well. I miss our Saturday morning group.

 12                                                                                   4 comments

**Show all activity →**

## Experience


**Product Manager, Platform Services**
Copyright Clearance Center (CCC) · Full-time
Sep 2020 - Present · 2 yrs 4 mos
Danvers, Massachusetts, United States

I serve as the point person to ensure capabilities on the platform can be integrated into a broad base of product consumers, focusing on   ...see more


**Verbum Product Manager**
Faithlife · Full-time
Sep 2017 - Mar 2020 · 2 yrs 7 mos
Bellingham, Washington

I managed all aspects of the Verbum line of business. I wore many hats, ranging from content licensing and production to sales and marketing support, desktop and mobile software development, conference planning, and execution, as well as product creation and launch. I emphasized brand awareness, market growth, product creation workflows, and cross-department collaboration. I grew the Verbum line of business from $1.7 million to $2.2 million annually.

I guided sales and marketing efforts, including regular monthly promotions (B2C) and the roll-out and training with faculty and students on-site at the Pontifical Biblical Institute in Rome (B2B). I organized and led a conference team of four that put Verbum in front of 30,000 people and netting over $20,000 in sales annually.

I created, refined, and launched the Verbum 8 standard product line of 10 flagship products in the fall of 2018 in conjunction with the company's larger Logos 8 product launch. I developed and expanded the Verbum 8 standard line to 30+ products, including a software package created in collaboration with the Pontifical Biblical Institute in Rome.

 **Verbum Catholic Study Software | Verbum 8**
Understand the Church's teaching with powerful Catholic software, including a built-in library of books to help yo...


**EBSCO Information Services**
Full-time · 10 yrs 7 mos

- **Senior Database Editor, Digital Historical Archives & Religion Databases**
  Apr 2012 - Sep 2017 · 5 yrs 6 mos
  Ipswich, MA

  I headed, created, and launched projects and workflows for 70+ Historical and Magazine Archive databases. I focused on the product life cy... ...see more

- **Database Editor, Digital Historical Archives**
  Oct 2008 - Apr 2012 · 3 yrs 7 mos
  Ipswich, Massachusetts, United States

  I was responsible for product data management, product setup, and cross-functional collaboration with several teams to ensure product set ...see more

- **Abstractor/Indexer**
  Mar 2007 - Oct 2008 · 1 yr 8 mos
  Ipswich, MA

  • Abstracting and indexing academic journals, primarily historical and theological, producing 7-20 completed articles per hour.

 **Supervisor**
Starbucks · Full-time
Sep 2003 - Jun 2007 · 3 yrs 10 mos
Beverly, Massachusetts, United States

Shift management, employee coaching, product knowledge specialist, certified Coffee Master, equipment sales, and a general passion for coffee

**Manager**
Restoration Hardware
1999 - 2001 · 2 yrs

Operations Manager

**Show all 10 experiences →**

## Education

 **Saint John's University**
Master of Arts - MA, Systematic Theology / Monastic Studies

Activities and societies: Study Abroad - "In the footstep of St. Paul." We traveled to Italy, Greece, and Turkey and visited nearly every location

St. John's University School of Theology is a small school situated in the prairie of Minnesota. Prayer along side the Benedictine monks of St. John's

 

 **The Evergreen State College**
Bachelor of Arts - BA, Liberal Arts

Activities and societies: Cooper Point Journal student newspaper op-ed writer.

The Evergreen State College is an interdisciplinary, non-traditional four year college that is famous for it's innovative and forward-thinking pedagogy.

## Licenses & certifications

 **Coffee Master**
Starbucks
Issued May 2005 · No Expiration Date

 Show credential ↗

 **Product Manager / Product Owner Scaled Agile 4 Certification**
SAFe
Issued Aug 2016 · Expired Aug 2017

 **Learning Coach**
Starbucks

## Volunteering

 **Director, Rite of Christian Initiation of Adults (RCIA)**
Our Lady of Hope Parish
Oct 2003 - Aug 2014 · 10 yrs 11 mos
Education

Responsible for creating, implementing, and coordinating the Rite of Christian Initiation for Adults for our Lady of Hope Parish in Ipswich, MA.

**Cub Master**
Boy Scouts of America
Mar 2014 - Feb 2016 · 2 yrs
Children

The public face of Pack 15. I led all Pack Meetings, oversaw monthly recycling community service project, served as a role model for both scouts

## Skills

**Product Management**
 Endorsed by 3 colleagues at Faithlife

 4 endorsements

**Content Management**
 Endorsed by 3 colleagues at EBSCO Information Services

 4 endorsements

**Information Technology**
James Battle has given an endorsement for this skill

 1 endorsement

Show all 46 skills →

## Recommendations

**Received**    Given

 **Rick Bauer**


eLearning developer, writer and editor
April 8, 2020, Rick worked with Craig but they were at different companies

I write in commendation of my friend, Craig St. Clair. I worked with him for several years when he was at FaithLife, working in their Verbum subsidiary. Together we worked on trying to popularize some really powerful Christian software, opening up a new market in Catholic parishes, seminaries, and


**Steven Cowman, MBA, MA**
WFG Financial
April 3, 2020, Steven worked with Craig on the same team

I had the pleasure of working with Craig for close to three years. He had exceptional follow through, product management skills, customer-facing presentation abilities, and excellent customer interaction and engagement abilities. Craig understands the sales process well. We presented Verbum


**James Battle**
Helping business owners solve complex communications problems.
April 2, 2020, James reported directly to Craig

I had the pleasure of consulting with Craig, and then working for him for nearly two years on multiple Verbum projects where I was the presenter.

In that time, and given the nature of the job, I had the opportunity to spend

## Courses

### Christian Anthropology
 Associated with Saint John's University

### Christology
 Associated with Saint John's University

### Constitutional Law
 Associated with The Evergreen State College

Show all 12 courses →

## Projects

### Verbum 8 Eastern Rite Catholic Software Package Launch
Sep 2019 - Oct 2019

 Associated with Faithlife

Show project ↗

Created and launched a series of four Eastern Rite Catholic software packages.

### Verbum 8 Catholic Anglican Ordinariate Software Launch
Aug 2019 - Sep 2019

 Associated with Faithlife

Show project ↗

Created and launched a series of four Ordinariate software packages to cater to the
growing number of Catholics who participate in the various Anglican Ordinariates

**Verbum 8 Academic Product Line Launch**
May 2019 - Jul 2019

 Associated with Faithlife

Show project ↗

Created and launched a new line of Verbum's libraries and software that was
specifically targeted at academic biblical scholars. alongside the Logos 8 product

Other creators



Show all 11 projects →

## Honors & awards

**Progress Through Ideas**
Issued by EBSCO Industries · Jul 2015

 Associated with EBSCO Information Services

Received a $150 award for refinements to a colleague's tool that was able to benefit
the product line I manage. I was able to reduce the time of a task by 75%, saving a

**Progress Through Ideas**
Issued by EBSCO Information Services · Jan 2015

 Associated with EBSCO Information Services

Received a $1700 award for a collaboration with another team that led to substantial
time and cost savings with an ongoing workflow we shared.

## Languages

**Latin**
Elementary proficiency

## Interests

**Top Voices**      Companies       Groups        Schools



Guy Kawasaki in
On a mission to make people remarkable. Chief evangelist, Canva. Host,
Remarkable People podcast.
3,064,733 followers

+ Follow



**Simon Sinek** 
Optimist and Author at Simon Sinek Inc.
6,509,925 followers

+ Follow

---

**Show all 14 Top Voices →**

Ad 

Get the latest jobs and industry news



Peter, explore relevant opportunities with
**Hootsuite**

Follow

---

## People also viewed



**Michelle Colodzin Gunsher PMP**
• 3rd+
Sr. Product Manager

+ Connect



**Julian Washburn**
• 3rd+
Senior Agile Product Owner

+ Connect



**Martha Owen, MHA FACMPE A-CSPO**
• 3rd+
Advance Certified Product Owner

+ Connect



**Brian Pugh**
• 3rd+
Military Professional

+ Connect



**Denise Hammer**
• 3rd+
Publisher Relations Specialist

+ Connect

**Show more ⌄**

## People you may know

**Carly Lucas**
CEO of Real Nannies

Connect

**CLAUDE GREENAWAY**
Self Employed at none

Connect

**J H Barclay**
Sys Admin

Connect

**maxwell Myfone72**
self employed

Connect

**Redd Simons**
Self Employed at none

Connect

Show more

**LEARNING**

Add new skills with these courses, free for 24 hours

Writing Emails People Want to Read

Understanding and Supporting LGBTQ+ Employees

Cisco Networking Foundations: Fundamentals of Cisco Networking

See my recommendations

Promoted




**Request a Demo.**
Find out how to integrate Salesforce with Sage Intacct.

Learn more

**Communicate Effectively**
92% of professionals who use Grammarly say it has saved them time. Try now!

Learn more