# EXHIBIT 2

**28 February 1951**

Herder & Co. and Dr. Ludwig Ott sign a licencing contract to publish *Grundriss der Dogmatik*

*Ott, Ludwig : Grundriß der katholischen Dogmatik*

## V E R L A G S - V E R T R A G

zwischen Hochwürden Herrn Professor Dr. Ludwig O t t , Eichstätt (Bayern), und dem Verlag Herder & Co. G.m.b.H., Freiburg im Breisgau.

### Artikel 1

Herr Professor Dr.  Ludwig Ott überläßt dem Verlag Herder den Verlag seines Werkes

### " Grundriß der Dogmatik "

für alle Auflagen und Ausgaben. Der Verfasser ist damit einverstanden, daß dieses Buch in die Sammlung "Herders Theologische Grundrisse" aufgenommen wird.

### Artikel 2

Die endgültige Bestimmung der Auflagenhöhe erfolgt bei Druckbeginn durch den Verlag unter Anzeige an den Herrn Verfasser. Die Höhe etwaiger künftiger Auflagen bestimmt der Verlag Herder unter Anzeige an den Herrn Verfasser.

### Artikel 3

Der Verlag Herder besorgt die erste (Haus-) Korrektur des Werkes, dagegen liest der Herr Verfasser die zweite und jede etwa weiter notwendig werdende Revision.

Es bleibt dem Verlag Herder vorbehalten, Autorenkorrekturen, die das übliche Maß (10% der Satzkosten) überschreiten, in Rechnung zu stellen und vom Honorar in Abzug zu bringen.

### Artikel 4

Das Honorar beträgt bei der ersten sowie bei jeder folgenden Auflage 10% des vom Verlag festzusetzenden deutschen Ladenpreises des ungebundenen (rohen) Exemplars. Es ist zahlbar nach Maßgabe des Absatzes.

Feststellungen und Abrechnungen finden in der Regel zweimal im Jahr, und zwar im Februar und August, statt. Sollte das Werk zehn  Jahre nach Ablauf des Erscheinungsjahres nicht verkauft sein, so entfällt die Honorierungspflicht für die alsdann noch nicht verkauften Exemplare.

### Artikel 5

Der Verlag Herder ist berechtigt, bei jedem Druck bis zu 10% Freistücke honorarfrei über die Auflage zu drucken, wovon der Herr Verfasser wiederum 10% als Freistücke erhält. Die restlichen Stücke stehen dem Verlag zu Werbezwecken zur Verfügung.

### Artikel 6

Das Recht der Übersetzung in fremde Sprachen wird mit Zustimmung des Herrn Verfassers unter jeweils zu vereinbarenden Bedingungen

vom Verlag Herder vergeben. Entfallende Vergütungen werden zwischen dem Herrn Verfasser und dem Verlag hälftig geteilt.

Dieser Vertrag wurde doppelt ausgefertigt und beiderseits unterzeichnet.

Eichstätt, den *23 Februar 1951.*

*D. Ludwig Ott.*

Freiburg im Breisgau, den  28. Februar 1951

Herder & Co. G. m. b. H.

**28 February 1951**

Herder & Co. and Dr. Ludwig Ott sign a licencing contract to publish *Grundriss der Dogmatik*

**PUBLISHING AGREEMENT**

Between Hochwürden Professor Dr. Ludwig Ott, Eichstätt (Bavaria) and the publishing house Herder & Co. G.m.b.H., Freiburg im Breisgau.

Article 1

Professor Dr. Ludwig Ott gives the publisher Herder the publishing house of his work

**"Grundriß der Dogmatik"**

For all editions and editions. The author agrees that this book will be included in the collection "Herder's Theological Groundbreak".

Article 2

The definitive determination of the run-up height takes place at the beginning of the printing by the publisher, with an announcement to the author. The publisher Herder determines the amount of possible future editions under notice to the author.

Article 3

Herder publishes the first (home) correction of the work, while the author reads the second and any further necessary revision.

Herder reserves the right to invoice author corrections, which exceed the usual amount (10% of the cost of the set), and deduct them from the fee.

Article 4

The fee shall be 10% of the German retail price of the unbound (raw) copy to be determined by the publisher. It is payable according to the paragraph.

As a rule, statements and settlements are held twice a year, in February and August. If the work has not been sold ten years after the end of the year of publication, the remuneration obligation for the copies which have not yet been sold is void.

Article 5

The publisher Herder is entitled to print up to 10% of free circulation free of charge every 10 days, of which the author receives 10% free circulation. The remaining pieces are available to the publisher for advertising purposes.

Article 6

The right to translate into foreign languages is given by the publisher Herder, subject to the agreement of the author. Remunerative remunerations are shared between the author and the publisher.

This contract was duplicated and signed by both parties.

Eichstatt, February 23, 1951
        Ludwig Ott

Freiburg im Breisgau, February 28, 1951
        Herder & Co. G.m.b.H.

**25 August 1985**
Certificate of Inheritance - Regina Ott (sister to Dr. Ludwig Ott) is the sole heiress.

NACHLASSGERICHT                                    S.

**AMTSGERICHT INGOLSTADT**                    8070 Ingolstadt, den   4.11.1985

Geschäfts-Nr.:  VI 844/85

# Erbschein

Ludwig  O t t

geboren am        24.08.1906
gestorben am      25.08.1985
zuletzt wohnhaft gewesen   Am Graben 17, 8078 Eichstätt

ist beerbt worden von

Regina  O t t, geb. 20.08.1914, Bahnhofplatz 3, 8078 Eich-
stätt

a l l e i n .

Nachlaßrichter

Baude

SCHENKUNSVERTRAG

DUPLIKAT

zwischen

Frl. Regina Ott, Altersheim Heiliggeistspital,
Bahnhofsplatz 3, 8078 Eichstätt

und dem

Priesterseminar der Diözese Eichstätt,
vertreten durch den Hochwürdigsten Herrn
Regens Dr. Ludwig Mödl (nachfolgend
Priesterseminar genannt) wird folgender
Schenkungsvertrag geschlossen.

1.

Frl. Regina Ott, Alleinerbin ihres Bruders Professor Dr.
Ludwig Ott, schenkt dem Priesterseminar den in ihrem un-
eingeschränkten Eigentum befindlichen Nachlaß von Pro-
fessor Ott. Über den Umfang des schriftlichen Nachlasses
sind sich beide Vertragspartner einig.

2.

Die Schenkung erfolgt unter Ausschluß jedweder Gewähr-
leistung.

3.

Das Priesterseminar nimmt die Schenkung an.
Beide Vertragspartner sind sich über den Eigentumsübergang
einig.

- 2 -

DUPLIKAT

4.

Die Vertragspartner sind sich darüber einig, daß der schrift-
liche Nachlaß von Herrn Professor Ott der Universitätsbibliothek
Eichstätt in Obhut gegeben wird.

5.

Eine Weitergabe oder Veräußerung des schriftlichen Nachlasses
oder einzelner Teile davon durch das Priesterseminar ist nicht
gestattet.

6.

Veröffentlichungen aus dem schriftlichen Nachlaß bedürfen der
Genehmigung von Frl. Regina Ott, nach ihrem Tode der Genehmi-
gung des Priesterseminars Eichstätt.

7.

Für den Fall der Auflösung der Universität oder des Übergangs
der Universität in staatliche oder sonstige nichtkirchliche
Trägerschaft muß der Bestand des schriftlichen Nachlasses von
Herrn Professor Dr. Ludwig Ott unverzüglich in Räumlichkeiten,
die vom Priesterseminar bestimmt werden, aufbewahrt werden.

Eichstätt, den 07. Oktober 1985

Regina Ott
Regina Ott

Dr. Ludwig Mödl
Regens

GIFT CONTRACT

Between

Miss Regina Ott, Holy Spirit hospital, home for the aged
Station square 3, 8078 Eichstätt

and the

Seminary of the Diocese of Eichstätt,
represented by the most Mr
Rain Dr. Ludwig Mödl (hereinafter
Seminary called) is the following
Donation contract.


1.

Miss Regina Ott, sole heiress of her brother's Professor Dr.Ludwig Ott, the seminary gives its unlimited-owned estate of Professor Ott. Both parties agree on the scope of the written estate.

2.

The donation takes place under exclusion of any warranty.

3.

The seminary accepts the gift. Both parties agree that the transfer of ownership.

4.

The Contracting Parties agree that the written estate is given by Lord Professor Ott of the Universitätsbibliothek Eichstätt in custody.

5.

A transfer or sale of the written estate or parts thereof by the seminary is not permitted.

6.

Publications from the written papers are subject to approval by Miss Regina Ott, after her to de GE tradenames of the seminary in Eichstätt.

7.

In the event of the dissolution of the University or the transition of the University in State or other non-church sponsored by the stock of the written estate of Lord Professor Or must. Ludwig Ott is immediately stored in premises that are determined by the seminary.

Eichstätt, the 07 October 1985

**15 March 2004**
Verlag Herder returns the rights to Diocese of Eichstätt

+ Kopie an Walche

VZ erl

Lektorat: Dr. Peter Suchla

Herrn Bibliotheksdirektor
Dr. Hermann Holzbauer
Universitätsallee 1

85072 Eichstätt                                          Freiburg, 15. März 2004

**Ludwig Ott; Verlagsrechte**

Sehr geehrter Herr Dr. Holzbauer,

haben Sie Dank für Ihr Schreiben vom 24. Februar in Sachen Nachlass- und Rechte-
verwaltung für Ludwig Ott. Gerne möchte ich Ihre Frage beantworten

Derzeit sind folgende Werke des Autors Ott lieferbar (bzw. im Nachdruck-Verfahren):

- Das Weihesakrament (= Handbuch der Dogmengeschichte)

- Eschatologie in der Scholastik (= Handbuch der Dogmengeschichte)

Vergriffen ist dagegen das Werk „Grundriß der katholischen Dogmatik". Ihrem Wunsch
gemäß geben wir hiermit die Verlagsrechte am „Grundriß" zurück, so daß die Rechte-
inhaber frei darüber verfügen können.

Mit freundlichen Grüßen
Ihr Verlag  H e r d e r

(Dr. Peter Suchla)

**15 March 2004**
Verlag Herder returns the rights to Diocese of Eichstätt

Editors: Dr Peter Suchla

Herrii Bililiotheksdirektor
Dr. Hermann Holzbauer
Universitatsallee 1
85072 Eichstatt                                         Freiburg, 15 March 2004

**Ludwig Ott; Publishing rights**

Dear Dr. Holzbauer,

have thanks for your letter of 24 February in terms of inheritance and rights management for Ludwig Ott. Like I would like to answer your question

Currently, the following works of the author Ott are available (or in the reprint process):

-The sacrament of ordination (= Manual of the history of dogma)
-Eschatology in Scholasticism (= Manual of the history of dogma)

The work "Grundiß of Catholic dogmatic theology" is out of print. your desire in accordance with we the publishing rights to the "Grundiß" hereby give back so that rights holders can have free.

With kind regards

your Publisher Herder

(Dr. Peter Suchla)

**10 November 2008**
Diocese of Eichstätt grants Nova et Vetera the rights for English edition.

BISCHÖFLICHES SEMINAR EICHSTÄTT
COLLEGIUM WILLIBALDINUM • REGENTIE



# Vertragsergänzung

In Ergänzung des Verlagsvertrags vom 6./11. Juli 2004 wird dem Verlag nova & vetera e.K., Bonn, hiermit auch das Recht für eine englischsprachige Ausgabe des Grundrisses der Dogmatik von Prof. Dr. Ludwig Ott übertragen.

Von jeder veränderten Ausgabe der englischen Version erhält das Bischöfliche Seminar St. Willibald in Eichstätt ein Belegexemplar.

Angesichts der Kontroverse um die englischsprachige Ausgabe in den 60er Jahren verpflichtet sich der Verlag nova & vetera e.K. dafür Sorge zu tragen, dass die alte Textfassung in der damaligen Form keinesfalls mehr für eine Neuausgabe verwendet wird.

Eichstätt, den 10. November 2008

Dr. Josef Gehr
Regens

Bonn, den 16. 11. 2008

Benedikt Trost
nova & vetera e.K.

**10 November 2008**
Diocese of Eichstätt grants Nova et Vetera the rights for English edition.

**Supplementary contract**

In addition to the publishing contract dated 6/11. July 2004 the publisher nova vetera e.K., Bonn, hereby also the right for an English-language edition of the Grundrisses der Dogmatik of Prof. Dr. Ludwig Ott.

The bishop's seminary of St. Willibald in Eichstatt receives a copy of every edited version of the English version.

In the light of the controversy surrounding the English edition in the 1960s, the publisher nova & vetera e.k. To ensure that the old version of the text in the former form is by no means reused.

Eichstatt, 10 November 2008

# nova & vetera e.K.

**Verlag & Antiquariat für katholische Theologie und Literatur**

**www.novaetvetera.de**

✉ nova & vetera • Bataverweg 21 • 53117 Bonn

## MEMORANDUM OF AGREEMENT

*Between*  **Baronius Press Ltd**, 78 York Street, London  W1H 1DP, UNITED KINGDOM

(herinafter termed the Publishers)

*and*  **nova & vetera e.k.,** Bataverweg 21, 53117  Bonn, GERMANY

(herinafter termed the Proprietors),

WHEREAS the Proprietors are the proprietors of a work by Ludwig Ott (herinafter termed the Author) entitled:

Grundriss der katholischen Dogmatik.

(herinafter termed the Work),

IT IS HEREBY MUTUALLY AGREED AS FOLLOWS:

1. Subject to the terms detailed in this Agreement, the Proprietors hereby grant to the Publishers the exclusive licence to translate and publish the Work in volume form in the ENGLISH language under the Publishers imprint (hereinafter termed the Licensed Edition) for sale throughout the World: The Publishers agree and undertake that they shall publish the Licensed Edition at the Publishers' sole cost and expense. This agreement does not grant any rights with respect to subsequent editions of the Work.

2. The Publishers will have a period of three years from the date of this contract in which to prepare an English translation of the 11. Edition. This must be submitted for approval by the Publishers to the Proprietors prior to publication. If rejected in writing within 90 days of submission by the Proprietors, additional periods of one year will be provided from the date of the received rejection for the translation of the Work to be resubmitted.

3. The Publishers shall not abridge, expand or otherwise alter the Work without the written consent of the Proprietors.

53117 Bonn • Bataverweg 21 • Telefon (0228) 967 56 76 • Telefax (0228) 67 62 09 • E-mail: mail@novaetvetera.de
Bankverbindung: Postbank Dortmund  •  Kontonummer: 8072 16 468  •  Bankleitzahl: 440 100 46
For international transfers:  IBAN: DE89 4401 0046 0807 2164 68  •  BIC/Swift: PBNKDEFF440
HR Bonn A 4937 • Inhaber: Benedikt Trost • St.-Nr. 205/5306/0474 • USt.-IdNr. DE 221644320

4. The Proprietors retain the right to reject paragraphs or chapters of the translation throughout the whole continuance of this contract. Therefore the Publishers shall inform the Proprietors whenever a new print is due in order to enable further corrections.

5. The Publishers shall pay to the Proprietors in accordance with the provisions of Clause 15 hereof a Royalty of ███ of the retail price of the Work for each copy sold, except for the first 1000 copies, for which no royalty will be due to the Proprietors.

6. The parties agree on the goal that the work should be made available to the public at a price not higher than the equivalent of German edition. If the Publishers should decide to sell the Licensed Edition at a price exceeding 10 percent of the then current German price based on the then official current exchange rate, a Royalty of ███ of the retail price of the Work for each copy sold, will be paid for every copy sold at this higher price. Short-term fluctuations of the exchange rates will not be considered if the Publishers adjust their price within 4 months of exceeding the then German price.

7. The Proprietors hereby warrant to the Publishers that they have the right and power to make this Agreement and that according to German law the Work will in no way whatever give rise to a violation of any existing copyright, or a breach of any existing agreement and that nothing in the Work is liable to give rise to a criminal prosecution or to a civil action for damages or any other remedy.

8. The Licence hereby granted to the Publishers shall not be transferred to or extended to include any other party, nor shall the Licensed Edition appear under any imprint other than that of the Publishers, except with the prior written consent of the Proprietors.

9. All Rights in the Work, other than those specifically granted to the Publishers under this Agreement, are reserved by the Proprietors.

10. The name of the Author shall appear with due prominence on the cover, spine, jacket (if any) and title page of every copy of the Licensed Edition issued and on the reverse of the title page shall appear the following Copyright notice as it appears in the English edition of the title together with the following: "Copyright by nova & vetera." The Publishers shall also include an appropriate copyright notice covering the translated text of the Work.

11. Three free copies of the Licensed Edition shall be sent to the Proprietors on publication, together with a note of the actual date of publication, the number of copies of Licensed Edition printed and the published price of the Licensed Edition. For each of the future unchanged editions the Author's Estate will receive one free copy of the Work, three copies of every changed edition. The copies are not for commercial use.

12. The Publishers shall present to the Proprietors a statement of copies sold as at the last day of December of each year. The Royalty will be paid in euros at the official exchange rate of the European Central Bank on the 31st December by the 31st January of the following year.

13. The Publishers shall be responsible for submitting the necessary copies of the Work to the libraries of legal deposit.

14. This contract to publish will be valid for a term of 15 (fifteen) years from the date of the first submission of the translation by the Publishers as long as the work doesn't go out of print for more than 12 months during this term. If the Licensed Edition goes out of print for more than 12 months during this term all rights shall revert to the Proprietors. If the contract is not to be renewed after the 15 year period, the remaining stock that the Publishers holds may still be sold to whoever requests this work

15. Should a new edition in German be published, and the Proprietors are granted the worldwide copyright, including English language rights for a new edition, the Publisher will be provided with a first refusal to the same rights for to the new edition that it now enjoys for the 11th edition, for a period up until the termination of this contract.

16. All sums which may become due to the Proprietors under this Agreement shall be paid by the Publishers in Euros, without any deduction in respect of exchange or commission or otherwise to:

    Account holder: nova vetera eK

    IBAN: DE89 4401 0046 0807 2164 68

    Bank Identifer Code/ Swift-Code: PBNKDEFF440

    Name of the bank: Postbank Dortmund

        Postbank Dortmund  -  Hiltropwall 4-12  -  44137 Dortmund


17. In the event of the Publishers being more than one month in arrears with any payment due from them to the Proprietors or if they fail to fulfil or comply with any of the provisions of this Agreement with one month after written notification from the Proprietors or the Proprietor's representatives of such failure or if the Publishers go into liquidation or declare a suspension of payments then and in any of these events the Proprietors shall be at liberty to terminate this agreement without prejudice to any claims which the Proprietor may have either for monies due and/or damages and/or otherwise.

18. This Agreement shall be governed by the laws and procedures of Germany.

19. Any variation of the contents of this agreement will be considered valid only in the written form.


As witness the hands of the parties:


_____

for and on behalf of nova & vetera e.K.


Bonn, ............January 22nd............ 2009

_____

for and on behalf of Baronius Press


London, ............2nd February............ 2009

# nova et vetera

verlag & antiquariat
nova & vetera e.K.

Estermannstr. 71
53117 Bonn

Tel.: (0228) 967 56 76
Fax: (0228) 67 62 09

mail@novaetvetera.de

Antiquariat
mit eigenen Parkplätzen

✉ nova & vetera · Estermannstr. 71 · 53117 Bonn

## MEMORANDUM OF AGREEMENT

*Between*     **Baronius Press Ltd**, 78 York Street, London  W1H 1DP, UNITED KINGDOM

(herinafter termed the Publishers)

*and*     **nova & vetera e.k.,** Estermannstr. 71, 53117  Bonn, GERMANY

(herinafter termed the Proprietors),

WHEREAS the Proprietors are the proprietors of a work by Ludwig Ott (herinafter termed the Author) entitled:

Grundriss der katholischen Dogmatik.

(herinafter termed the Work),

IT IS HEREBY MUTUALLY AGREED AS FOLLOWS:

1. Subject to the terms detailed in this Agreement, the Proprietors hereby grant to the Publishers the exclusive licence to translate and publish the Work in volume form in the ENGLISH language under the Publishers imprint (hereinafter termed the Licensed Edition) for sale throughout the World: The Publishers agree and undertake that they shall publish the Licensed Edition at the Publishers' sole cost and expense. This agreement does not grant any rights with respect to subsequent editions of the Work.

2. The Publishers will have a period of three years from the date of this contract in which to prepare an English translation of the 11. Edition. This must be submitted for approval by the Publishers to the Proprietors prior to publication. If rejected in writing within 90 days of submission by the Proprietors, additional periods of one year will be provided from the date of the received rejection for the translation of the Work to be resubmitted.

3. The Publishers shall not abridge, expand or otherwise alter the Work without the written consent of the Proprietors.

**www.novaetvetera.de · www.liturgica.net**

Kontoinhaber: nova vetera eK · Kontonummer: 8072 16 468 · Postbank Dortmund · Bankleitzahl: 440 100 46
International money transfers · IBAN: DE89 4401 0046 0807 2164 68 · BIC/Swift: PBNKDEFF440
HR Bonn A 4937 · Inhaber: Benedikt Trost · St.-Nr. 205/5306/0474 · USt.-IdNr. DE 221644320

4. The Proprietors retain the right to reject paragraphs or chapters of the translation throughout the whole continuance of this contract. Therefore the Publishers shall inform the Proprietors whenever a new print is due in order to enable further corrections.

5. The Publishers shall pay to the Proprietors in accordance with the provisions of Clause 15 hereof a Royalty of ███ of the retail price of the Work for each copy sold, except for the first 1000 copies, for which no royalty will be due to the Proprietors.

6. The parties agree on the goal that the work should be made available to the public at a price not higher than the equivalent of German edition. If the Publishers should decide to sell the Licensed Edition at a price exceeding 10 percent of the then current German price based on the then official current exchange rate, a Royalty of ███ of the retail price of the Work for each copy sold, will be paid for every copy sold at this higher price. Short-term fluctuations of the exchange rates will not be considered if the Publishers adjust their price within 4 months of exceeding the then German price.

7. The Proprietors hereby warrant to the Publishers that they have the right and power to make this Agreement and that according to German law the Work will in no way whatever give rise to a violation of any existing copyright, or a breach of any existing agreement and that nothing in the Work is liable to give rise to a criminal prosecution or to a civil action for damages or any other remedy.

8. The Licence hereby granted to the Publishers shall not be transferred to or extended to include any other party, nor shall the Licensed Edition appear under any imprint other than that of the Publishers, except with the prior written consent of the Proprietors.

9. All Rights in the Work, other than those specifically granted to the Publishers under this Agreement, are reserved by the Proprietors.

10. The name of the Author shall appear with due prominence on the cover, spine, jacket (if any) and title page of every copy of the Licensed Edition issued and on the reverse of the title page shall appear the following Copyright notice as it appears in the English edition of the title together with the following: "Copyright by nova & vetera." The Publishers shall also include an appropriate copyright notice covering the translated text of the Work.

11. Three free copies of the Licensed Edition shall be sent to the Proprietors on publication, together with a note of the actual date of publication, the number of copies of Licensed Edition printed and the published price of the Licensed Edition. For each of the future unchanged editions the Author's Estate will receive one free copy of the Work, three copies of every changed edition. The copies are not for commercial use.

12. The Publishers shall present to the Proprietors a statement of copies sold as at the last day of December of each year. The Royalty will be paid in euros at the official exchange rate of the European Central Bank on the 31st December by the 31st January of the following year.

13. The Publishers shall be responsible for submitting the necessary copies of the Work to the libraries of legal deposit.

14. This contract to publish will be valid for a term of 15 (fifteen) years from the date of the first submission of the translation by the Publishers as long as the work doesn't go out of print for more than 12 months during this term. If the Licensed Edition goes out of print for more than 12 months during this term all rights shall revert to the Proprietors. If the contract is not to be renewed after the 15 year period, the remaining stock that the Publishers holds may still be sold to whoever requests this work

15. Should a new edition in German be published, and the Proprietors are granted the worldwide copyright, including English language rights for a new edition, the Publisher will be provided with a first refusal to the same rights for to the new edition that it now enjoys for the 11th edition, for a period up until the termination of this contract.

16. All sums which may become due to the Proprietors under this Agreement shall be paid by the Publishers in Euros, without any deduction in respect of exchange or commission or otherwise to:

    Account holder: nova vetera eK

    IBAN: DE89 4401 0046 0807 2164 68

    Bank Identifer Code/ Swift-Code: PBNKDEFF440

    Name of the bank: Postbank Dortmund

        Postbank Dortmund - Hiltropwall 4-12 - 44137 Dortmund

17. In the event of the Publishers being more than one month in arrears with any payment due from them to the Proprietors or if they fail to fulfil or comply with any of the provisions of this Agreement with one month after written notification from the Proprietors or the Proprietor's representatives of such failure or if the Publishers go into liquidation or declare a suspension of payments then and in any of these events the Proprietors shall be at liberty to terminate this agreement without prejudice to any claims which the Proprietor may have either for monies due and/or damages and/or otherwise.

18. This Agreement shall be governed by the laws and procedures of Germany.

19. Any variation of the contents of this agreement will be considered valid only in the written form.

As witness the hands of the parties:

_____

for and on behalf of nova & vetera e.K.

Bonn, .................... 2012

_____

for and on behalf of Baronius Press

London, .................... 2012

## ADDENDUM TO THE MEMORANDUM OF AGREEMENT

---

This Addendum to the Memorandum of Agreement dated 26th January 2012 ("*Agreement*") is made and effective on 15th January 2015.

*Between*    **Baronius Press Ltd**, 78 York Street, London W1H 1DP, UNITED KINGDOM, (hereinafter called the "*Publishers*")

*and*    **nova & vetera e.k.**, Estermannstr 71, 53117  Bonn, GERMANY, (hereinafter called the "*Proprietors*"),

WHEREAS the *Proprietors* are the proprietors of a work by Ludwig Ott (hereinafter called the *Author*) entitled:

     **Grundriss der katholischen Dogmatik**, 11. Edition, (hereinafter called the *"Work"*),

IT IS HEREBY MUTUALLY AGREED AS FOLLOWS:

1. The *Publishers* will have a period of five years from the date of the original *Agreement* (26th January 2012) in which to prepare an English translation. This must be submitted for approval by the *Publishers* to the *Proprietors* prior to publication. If rejected in writing within 90 days of submission by the *Proprietors,* additional periods of one year will be provided from the date of the received rejection for the translation of the *Work* to be resubmitted.

2. The *Proprietors* agree that the *Publishers* may transfer the whole *Agreement* (including but not limited to all rights, title, interest, obligations, responsibilities and duties) to Baronius Press Ltd of St. Mary's, The Parade, Castletown, IM9 1LG, Isle of Man. The transfer will not change or interrupt in any way the original *Agreement* dated 26th January 2012.

IN WITNESS WHEREOF, the parties have executed this Addendum to the *Agreement* on the dates set forth first above, with full knowledge of its content and significance and intending to be legally bound by the terms hereof

PROPRIETORS                                   PUBLISHERS

_____             _____
Authorised Signature                                Authorised Signature

*Benodikt Trost, Direktor*           *PAVEL KESIK, Director*
Printed Name and Title                                Printed Name and Title

**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

Copyright Office fees are subject to change.
For current fees, check the Copyright Of-
fice website at www.copyright.gov, write the
Copyright Office, or call (202) 707-3000.

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. sec. 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

TX     PA     VA     SR     SRU

EFFECTIVE DATE OF REGISTRATION

Month     Day     Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

## 1a

**TITLE:**

Grundriß der katholischen Dogmatik

English translation:

Fundamentals of Catholic Dogma

## 1b

**DESCRIPTION OF THE WORK:** *(Check one or more)*

- ✔ literary work
- ❑ musical work, including any accompanying words
- ❑ dramatic work, including any accompanying music
- ❑ pantomime or choreographic work
- ❑ pictorial, graphic, or sculptural work
- ❑ motion picture or other audiovisual work
- ❑ architectural work
- ❑ sound recording, created in _____ (year)

## 2a

**AUTHOR(S):**
Name:                    Ludwig Ott

Citizenship (when work was created): German
Domicile (when work was created): German
Date of death: August 25, 1985

## 2b

Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

## 3

**YEAR AND NATION OF PUBLICATION:** (If work was published, give the year and nation in which it was first published.)
Year: 1952

Nation: Germany

## 4a

**OWNER(S) OF U.S. COPYRIGHT:**
Name: Bischöfliches Seminar St. Willibald

Address: Leonrodplatz 3
D-85072 Eichstätt
GERMANY

## 4b

Means by which copyright ownership was transferred
(if owner is not the author):

Assignment of all rights transferred by contract between
Regina Ott (who inherited the rights from her brother
Ludwig Ott) and the Bischöfliches Seminar St. Willibald.

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED

DEPOSIT RECEIVED

FUNDS RECEIVED

**FORM GATT**

EXAMINED BY

CHECKED BY

| | CORRESPONDENCE | |
|---|---|---|
| ☐ | Yes | |

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. **Do not give credit card information on this form.**
Name ▼                                                                                          Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.     ☐ Same as space 4a.
☐ Same as space 9.

Baronius Press Ltd
78 York Street
London
W1H 1DP
UNITED KINGDOM

Area or country code and telephone number ▶ 0044 207 193 3949     Email ▶ info@baroniuspress.com     Fax number ▶ 00448701123864

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the: (Check one )

☐ Author
☐ Owner of U.S. copyright
☑ Agent of _____ Bischöfliches Seminar St. Willibald
(Name of author or owner of U.S. copyright)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name:  Linda Lorenz                                          Date:  20 February 2014

Handwritten signature (X) ▼

**8**

*Linda Lorenz (signature)*

| **Certificate will be mailed in a window envelope to this address:** | Name ▼ |
| | Baronius Press Ltd |
| | Number/Street/Apt ▼ |
| | 78 York Street, |
| | City/State/ZIP/Nation ▼ |
| | London, W1H 1DP, UNITED KINGDOM |

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
**1.** Application form **2.** Nonrefundable filing fee in check or money order payable to Register of Copyrights **3.** Deposit
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559

**9**

\*17 USC §505(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form GATT-Full   Reviewed: 04/2013   Printed on recycled paper                                          U.S. Government Printing Office: 2013-xxx-xxx/xx,xxx

# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America



**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6 – 484 – 646**

*TX0006484646*

TX ___ PA ___ VA ___ SRU

EFFECTIVE DATE OF REGISTRATION

2     21     2014
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**



**1 a**   **TITLE:**
Grundriß der katholischen Dogmatik

English translation:
Fundamentals of Catholic Dogma

**b**   **DESCRIPTION OF THE WORK:** (*Check one or more*)
- ☑ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☐ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

---

**2 a**   **AUTHOR(S):**
Name:          Ludwig Ott

Citizenship (when work was created): German
Domicile (when work was created): German
Date of death: August 25, 1985

**b**   Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

---

**3**   **YEAR AND NATION OF PUBLICATION:** (If work was published, give the year and nation in which it was first published.)
Year: 1952

Nation: Germany

---

**4 a**   **OWNER(S) OF U.S. COPYRIGHT:**
Name: Bischöfliches Seminar St. Willibald

Address: Leonrodplatz 3
D-85072 Eichstätt
GERMANY

**b**   Means by which copyright ownership was transferred
(If owner is not the author):

Assignment of all rights transferred by contract between Regina Ott (who inherited the rights from her brother Ludwig Ott) and the Bischöfliches Seminar St. Willibald.

APPLICATION RECEIVED
**FEB 2 1 2014**

DEPOSIT RECEIVED
**FEB 2 1 2014**

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

EXAMINED BY _jea_

CHECKED BY

☒ CORRESPONDENCE
   Yes

FORM GATT

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. **Do not give credit card information on this form.**
Name ▼                                                                    Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.   ❑ Same as space 4a.
   ❑ Same as space 9.

Baronius Press Ltd
78 York Street
London
W1H 1DP
UNITED KINGDOM

Area or country code and telephone number ▶ 0044 207 193 3949   Email ▶ info@baroniuspress.com   Fax number ▶ 00448701123864

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the: (Check one )
   ❑ Author
   ❑ Owner of U.S. copyright
   ☑ Agent of      Bischöfliches Seminar St. Willibald

(Name of author or owner of U.S. copyright)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name:  Linda Lorenz          Date: 20 February 2014

☞ Handwritten signature (X) ▼

_Linda Lorenz_

| Certificate will be mailed in a window envelope to this address: | Name ▼ Baronius Press Ltd |
| --- | --- |
| | Number/Street/Apt ▼ 78 York Street, |
| | City/State/ZIP/Nation ▼ London, W1H 1DP, UNITED KINGDOM |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559

**9**

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form GATT-Full   Reviewed: 04/2013   Printed on recycled paper          U.S. Government Printing Office: 2013-xxx-xxx/xx,xxx



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

Database Name: Copyright Catalog (1978 to present)
: Simple Search = fundamentals of catholic dogma
:



Labeled View

*Grundriss der katholischen Dogmatik ; Fundamentals of Catholic Dogma.*

| | |
|---|---|
| **Type of Work:** | Entry Not Found |
| **Registration Number / Date:** | TX0006484646 / 2014-02-21 |
| **Title:** | Grundriss der katholischen Dogmatik ; Fundamentals of Catholic Dogma. |
| **Copyright Claimant:** | Bischofliches Seminar St. Willibald |
| **Date of Creation:** | 1952 |
| **Date of Publication:** | 1952 |
| **Authorship on Application:** | Ludwig Ott, -1985 |
| **Copyright Note:** | C.O. correspondence. |
| | Reg. following NAFTA restoration. |
| | Cataloged from appl. |
| **Other Title:** | Fundamentals of Catholic Dogma |
| **Names:** | Ott, Ludwig, -1985 |
| | Bischofliches Seminar St. Willibald |



| **Record Options** | | |
|---|---|---|
| Select Download Format: ⌄ | Format for Print/Save | |
| Enter your email address: _____ | Email | |
| Save results for later: | Save To Bookbag | |