# EXHIBIT 3

**8 January 1953**

Mercier Press acquires the right to publish the work published by Herder & Co. (Germany) *"Grundriss der Dogmatik"* in English translation.

H 1

## Übersetzungs-Verlagsvertrag

The Mercier Press Ltd., 19 Maylor Street, Cork (Irland) erhält hiermit das Recht, das von der Verlagsbuchhandlung Herder & Co. in Freiburg im Breisgau (Deutschland) im Jahre 1952 erschienene Werk

### Ott, "Dogmatik"
(genauer Titel:"Grundriss der Dogmatik")

in englischer Übersetzung herauszubringen.

Art. 1

Die Übersetzung, die sich an den Wortlaut des Originals zu halten und diesen sinngetreu wiederzugeben hat, muss bis spätestens 30. Juni 1954 vorliegen. Sollte dieser Termin aus einem wichtigen Grunde nicht eingehalten werden können, so kann mit Herder-Freiburg ein neuer Termin vereinbart werden; wird auch dieser Termin nicht eingehalten, erlischt die Gültigkeit des Vertrags.

Art. 2

Die Übertragung der Übersetzungsrechte erfolgt gegen Entrichtung folgender Vergütungen:

a) 5% vom Verkaufspreis der englischen Ausgabe für eine Auflage bis zu 5000 Exemplare, 7 1/2% bis 10.000 Exemplare, 10% darüber.

b) A conto dieser Vergütung zahlt The Mercier Press, Cork, an Herder-Freiburg bei Unterzeichnung dieses Vertrages eine Summe von 5£.

c) Die Abrechnung über die verkauften Exemplare erfolgt einmal jährlich zum 31. Januar.

d) Herder-Freiburg erhält für Lieferungen von über 500 Exemplaren, die The Mercier Press an ausländische Verleger mit einem Rabatt von 50% oder darüber verkauft, einen Anteil von 5%.

e) Von Einnahmen, die von Book-Clubs durch Vor- oder Nachdrucksrechte erzielt werden, sind 50% des Nettoerlöses an Herder-Freiburg zu zahlen.

Die Zahlungen erfolgen im Rahmen des irisch-deutschen Zahlungsabkommens.

**8 January 1953**

Mercier Press acquires the right to publish the work published by Herder & Co. (Germany) *"Grundriss der Dogmatik"* in English translation.

Art. 3

Auf dem Titel der Übersetzung oder an sonst geeigneter
Stelle sind Titel des deutschen Originals, sowie die Firma
Herder & Co., Freiburg im Breisgau, als Verleger des deutschen
Originalwerkes, zu nennen.
Bei Erscheinen wird Herder-Freiburg die Auflagenhöhe mit-
geteilt.

Art. 4

Bei Erscheinen der Übersetzung liefert The Mercier Press
sechs Exemplare der 1. Auflage und je drei Exemplare
etwaiger folgender Auflagen gratis und franko an Herder-
Freiburg.
Bestellungen von Herder-Freiburg oder dessen ausländischen
Vertretungen werden mit 40% Rabatt ausgeführt.

Art. 5

Wegen des Alleinvertriebs der englischen Ausgabe in USA.
erfolgt zwischen The Mercier Press und Herder-St. Louis
eine schriftliche Vereinbarung. Herder-Freiburg erhält
Durchschlag des abgeschlossenen Vertrags.

Art. 6

Wenn die letzte Auflage der englischen Übersetzung zwei
Jahre vergriffen ist, ohne dass sie neu aufgelegt wird,
fallen die Übersetzungsrechte an Herder-Freiburg zurück.

Art. 7

Die in Art. 2 unter b) genannte Anzahlung von 5£ ist nicht
an The Mercier Press zurückzubezahlen, wenn die Übersetzung
nicht erscheinen sollte.

Art. 8

Für vom Verlag Herder nicht autorisierte und ohne dessen
Wissen erscheinende Übersetzungen kann dieser keine Ver-
antwortung übernehmen.

Dieser Vertrag wurde doppelt ausgefertigt,
beiderseitig unterzeichnet und ausgewechselt.

Freiburg im Breisgau, 8. Januar 1953        Herder & Co. G.m.b.H.

Cork,

**8 January 1953**

Mercier Press acquires the right to publish the work published by Herder & Co. (Germany) "*Grundriss der Dogmatik*" in English translation.

Comments in red by Benedikt from Nova et vetera

**Translation publishing contract**

The Mercier Press Ltd., 19 Maylor Street, Cork (Ireland) hereby acquires the right to publish the work published by Herder & Co. in Freiburg im Breisgau (Germany) in 1952

Ott, "Dogmatics"
(More exact title: "Grundriss der Dogmatik")
In English translation.

Article 1

The translation, which must adhere to the original text and reproduce it, must be submitted by 30 June 1954 at the latest. If this deadline cannot be met due to an important reason, a new date can be agreed with Herder-Freiburg; If this deadline is not observed, the validity of the contract expires.

Article 2

The transfer of the translation rights takes place against payment of the following remuneration:
a)  5% of the selling price of the English edition for a circulation of up to 5000 copies, 7.5% to 10000 copies, 10% above.
b)  A conto of this remuneration will be paid by The Mercier Press Cork to Herder-Freiburg at the time of signature of this agency a sum of £ 5.
c)  (C) The accounts for the sold copies shall be paid once a year as of 31 January.
d)  Herder-Freiburg will receive a 5% share of more than 500 copies sold by The Mercier Press to foreign publishers with a discount of 50% or more.
e)  50% of the net proceeds will be payable to Herder-Freiburg from revenue earned by Book clubs by means of prior or reprinting rights.
Payments are made under the Irish-German agreement.

Article 3

Titles of the German original, as well as the company Herder & Co., Freiburg im Breisgau, as publisher of the German original work, can be mentioned on the title of the translation or elsewhere.

When published, Herder-Freiburg will be notified of the run-up height.

Article 4

Upon publication of the translation, The Mercier Press will deliver six copies of the first edition and three copies of any subsequent editions free of charge and frankly to Herder-Freiburg.

Orders from Herder-Freiburg or its foreign agents are executed at a discount of 40%.

Article 5

Because of the exclusive selling rights of the English issue in the USA a written agreement takes place between The Mercier Press and Herder-Saint Louis. Herder-Freiburg gets copy of the completed contract.

Regarding the exclusive distributing of the English edition in the USA there will be written agreement between The Mercier Press and Herder-St. Louis. One copy of this agreement will have to be sent to Herder in Freiburg (Germany).

Meaning that Herder-St. Louis does not have a right to produce or publish copies but will be the sole distributor for the US. (However I can't read the handwritten amendment to Art. 2.)

**8 January 1953**

Mercier Press acquires the right to publish the work published by Herder & Co. (Germany) "*Grundriss der Dogmatik*" in English translation.

Article 6

When the last edition of the English translation two years is out of print, without that it will be reissued, Herder Freiburg translation rights fall back.

This is the only way how the licence agreement will end (after an edition is published at all): two years after the edition has gone out of print the translation rights fall back to Herder in Freiburg.

Article 7

The down payment of 5% mentioned in Article 2 (b) under b) is not to be repaid to The Mercier Press if the translation does not appear.

Article 8

For translations which are not authorized by the publisher Herder and which appear without his knowledge, the latter can not assume any responsibility.

This contract was duplicated, signed and replaced on both sides.


Freiburg im Breisgau, 8 January 1953









**MERCIER PRESS**
Unit 3B, Oak House
Bessboro Road
Blackrock
Cork, Ireland
Tel: +353 21 4614700
Fax: +353 21 4614802
Email: info@mercierpress.ie
Web: www.mercierpress.ie

PERMISSION – P060

## Copyright Assignment Agreement

Title of Work: The English language translation made by Dr. Patrick Lynch and edited by James Canon Bastible, D.D. of *Fundamentals of Catholic Dogma* by Dr. Ludwig Ott (herein known as "the work").

By executing this Copyright Assignment Agreement ("Agreement"), copyright to the work is hereby irrevocably assigned to Baronius Press subject to the payment of a fee of ▮▮▮▮▮

Baronius Press shall have sole rights of distribution or publication of the work in all forms and media, or by any means, now known or later developed. The undersigned hereby represents and warrants that the work is original, that the work does not infringe any copyright or other rights in any other work, or violate any other rights, and that Mercier Press is the owner of the work and is authorized to assign copyright to the work to Baronius Press by executing this Agreement.

As witness the hands of the parties:

Date: 1st September 2010

Date: 3/10/2010

_____

Pavel Kejik, Director

BARONIUS PRESS LTD
78 YORK STREET
LONDON W1H 1DP
UNITED KINGDOM

**C Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

Copyright Office fees are subject to change.
For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. sec. 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

| TX | PA | VA | SR | SRU |
|---|---|---|---|---|

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

## 1a

**TITLE:**
Fundamentals of Catholic Dogma

English translation:

### b

**DESCRIPTION OF THE WORK:** *(Check one or more)*
- ☑ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☐ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____(year)

## 2a

**AUTHOR(S):**
Name:                                    Dr. Patrick Lynch

Citizenship (when work was created): Republic of Ireland
Domicile (when work was created): Republic of Ireland
Date of death:

### b

Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

## 3

**YEAR AND NATION OF PUBLICATION:** (If work was published, give the year and nation in which it was first published.)
Year: 1953

Nation: Ireland

## 4a

**OWNER(S) OF U.S. COPYRIGHT:**
Name: Baronius Press Ltd

Address: 78 York Street, London, W1H 1DP, UNITED KINGDOM

### b

Means by which copyright ownership was transferred
(if owner is not the author):

Assignment of all rights of the English translation
transferred by contract from the original owner.

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED

DEPOSIT RECEIVED

FUNDS RECEIVED

FORM GATT

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

An English translation. (of the original work in German entitled 'Grundriß der katholischen Dogmatik' by Ludwig Ott)

5

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

6

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. **Do not give credit card information on this form.**
Name ▼                                                                 Account Number ▼

7

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.     ☐ Same as space 4a.
                                                                                                                  ☐ Same as space 9.
Baronius Press Ltd
78 York Street
London
W1H 1DP
United Kingdom

Area or country code and telephone number ▶ 0044 207 193 394     Email ▶ info@baroniuspress.com     Fax number ▶ 00448701123864

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the: (Check one )
  ☐ Author
  ☐ Owner of U.S. copyright
  ☑ Agent of _____ Baronius Press Ltd
                    (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

8

Typed or printed name:  Linda Lorenz                    Date: 20 February 2014

☞ Handwritten signature (X) ▼

*Linda Lorenz*

Certificate will be mailed in a window envelope to this address:

Name ▼
Baronius Press Ltd

Number/Street/Apt ▼
78 York Street,

City/State/ZIP/Nation ▼
London, W1H 1DP, UNITED KINGDOM

9

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
**1.** Application form **2.** Nonrefundable filing fee in check or money order payable to Register of Copyrights **3.** Deposit
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-484-647**

*TX9006484647*

| TX 8 | PA | VA | | RU |

EFFECTIVE DATE OF REGISTRATION

2 / 21 / 2014
Month / Day / Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

### 1 a

**TITLE:** Fundamentals of Catholic Dogma

English translation:

### b

**DESCRIPTION OF THE WORK:** *(Check one or more)*

- ☑ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☐ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

### 2 a

**AUTHOR(S):**

Name: Dr. Patrick Lynch

Citizenship (when work was created): Republic of Ireland
Domicile (when work was created): Republic of Ireland
Date of death:

### b

Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

### 3

**YEAR AND NATION OF PUBLICATION:** (If work was published, give the year and nation in which it was first published.)

Year: 1953

Nation: Ireland

### 4 a

**OWNER(S) OF U.S. COPYRIGHT:**

Name: Baronius Press Ltd

Address: 78 York Street, London, W1H 1DP, UNITED KINGDOM

### b

Means by which copyright ownership was transferred
(if owner is not the author):

Assignment of all rights of the English translation transferred by contract from the original owner.

APPLICATION RECEIVED
FEB 2 1 2014

DEPOSIT RECEIVED
FEB 2 1 2014

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

EXAMINED BY ~  *Jea*

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM GATT

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

An English translation. (of the original work in German entitled 'Grundriß der katholischen Dogmatik' by Ludwig Ott)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. **Do not give credit card information on this form.**
Name ▼                                                    Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.     ☐ Same as space 4a.
☐ Same as space 9.

Baronius Press Ltd
78 York Street
London
W1H 1DP
United Kingdom

Area or country code and telephone number ▶ 0044 207 193 394     Email ▶ info@baroniuspress.com     Fax number ▶ 00448701123864

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the: (Check one )
☐ Author
☐ Owner of U.S. copyright
☑ Agent of _____ Baronius Press Ltd _____
                                    (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: Linda Lorenz                         Date: 20 February 2014

☞ Handwritten signature (X) ▼

*Linda Lorenz*

**8**

Certificate
will be
mailed in a
window
envelope
to this
address:

Name ▼
Baronius Press Ltd
Number/Street/Apt ▼
78 York Street,
City/State/ZIP/Nation ▼
London, W1H 1DP, UNITED KINGDOM

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559

**9**

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form GATT-Full   Reviewed: 04/2013   Printed on recycled paper                                    U.S. Government Printing Office: 2013-xxx-xxx/xxx,xxx

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-6335984971

## Mail Certificate

Baronius Press Ltd
Pavel Kejik
78 York Street
London W1H1DP United Kingdom

**Priority:** Routine          **Application Date:** May 04, 2018

## Correspondent

**Organization Name:** Baronius Press Ltd
**Name:** Pavel Kejik
**Email:** info@baroniuspress.com
**Address:** 78 York Street
London W1H 1DP United Kingdom

Registration Number

# *-APPLICATION-*

**Effective Date of Registration:**
May 04, 2018

**Supplementary Registration**

Supplement To: TX6484647, 2014

## Title _____

Title of Work: Fundamentals of Catholic Dogma

## Completion/Publication _____

Year of Completion: 1954
Date of 1st Publication: May 01, 1955
Nation of 1st Publication: Ireland

## Author _____

- Author: Mercier Press
Author Created: text
Work made for hire: Yes
Citizen of: Ireland
Domiciled in: Ireland

## Copyright Claimant _____

Copyright Claimant: Baronius Press Ltd
78 York Street, London, W1H 1DP, United Kingdom
Transfer statement: By written agreement

## Limitation of copyright claim _____

Material excluded from this claim: text
Previous registration and year: TX6484646, 2014

New material included in claim: text

## Rights and Permissions _____

Organization Name: Baronius Press Ltd

**Address:** 78 York Street
London W1H1DP United Kingdom

## Certification

**Name:** Pavel Kejik, Authorized agent of Baronius Press Ltd
**Date**: May 04, 2018

**Explanation of Corrections:** First edition of work (which was referred to) did not include a date of publication. 1953 was the year the contract to publish an English translation was made. When checking with the copyright office (prior to registration in 2014), they confirmed that the  date of the contract should be used.



United States Copyright Office

Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

Database Name: Copyright Catalog (1978 to present)
: Simple Search = fundamentals of catholic dogma
:



Labeled View

### *Fundamentals of Catholic dogma.*

| | |
|---:|:---|
| **Type of Work:** | Entry Not Found |
| **Registration Number / Date:** | TX0006484647 / 2014-02-21 |
| **Title:** | Fundamentals of Catholic dogma. |
| **Copyright Claimant:** | Baronius Press Ltd. |
| **Date of Creation:** | 1953 |
| **Date of Publication:** | 1953 |
| **Authorship on Application:** | Patrick Lynch |
| **Basis of Claim:** | New Matter: English translation. |
| **Copyright Note:** | Reg. following GATT restoration. |
| | Cataloged from appl. |
| **Names:** | Lynch, Patrick |
| | Baronius Press Ltd. |



| Record Options |
|:---:|
| Select Download Format: [ ▾ ]  Format for Print/Save |
| Enter your email address: [                    ]  Email |
| Save results for later:  Save To Bookbag |

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page