# EXHIBIT 4





| | **David Wanat** | Forum Activity | Replied: Thu, Jan 16 2020 8:52 AM | Reply |

I added my 3 votes.

WIN 11 i7 9750H, RTX 2060, 16GB RAM, 1TB SSD | iPad Air 3
Verbum 10 Gold

Posts 1549

| | **LW** | Forum Activity | Replied: Sun, Jan 19 2020 4:44 PM | Reply |

Right on, thanks.

Posts 55

| | **SineNomine** | Forum Activity | Replied: Mon, Jan 20 2020 12:46 PM | Reply |

> **LW:**
> I would like to suggest, and get your thoughts on this idea, that an important companion book to this one would be Denzinger's Enchiridion Symbolorum.

Until then, see https://verbum.com/product/13253/the-sources-of-catholic-dogma

"The trouble is that everyone talks about reforming others and no one thinks about reforming himself." St. Peter of Alcántara

Posts 6302

Page 1 of 1 (20 items) | RSS                                    Previous Topic | Next Topic

**Copyright Faithlife / Logos Bible Software.**

Source: https://community.logos.com/forums/t/180933.aspx            Created 2022-10-24 at 19:20