# EXHIBIT 5



# BARONIUS PRESS

Search...  🛒 View Basket    Items: 0    Subtotal: $0.00

**CATEGORIES**

**FEATURES OF OUR BOOKS**

**ABOUT US**

**ANNOUNCEMENTS**

**HELP/FAQ**

**CONTACT US**

**SELECT COUNTRY**

PAYMENTS BY **PayPal**




 

## Announcements

### Coronavirus (COVID-19) update          April 7, 2020

Our United Kingdom fulfillment warehouse is operational again and we are able to serve all countries as before.

Please note that due to the exceptional situation caused by corona virus (COVID-19), the delivery lead times may be affected. With restrictions imposed by the individual countries and states to ensure public health delays in the quoted delivery times may occur. We apologize for the inconvenience this may cause and hope for your understanding in this matter.

### Closure reached with Saint Benedict Press (TAN Books)          May 10, 2019

In response to various enquiries, Baronius Press can confirm that the long standing legal dispute <u>Baronius Press, Ltd. v. Saint Benedict Press, LLC (3:16-cv-00695)</u> that had been ongoing for nearly three years has been resolved amicably and the matter is now closed. The closure paves the way for Baronius Press to focus on publishing its long and overdue list of important Catholic titles, which was not possible to do while this case was proceeding.

### Baronius Press' Exclusive Titles          April 30, 2019

Baronius Press is pleased to announce that it has secured exclusive rights to publish a number of titles (listed below) by some of the most renowned Catholic authors of the twentieth century. Baronius Press either owns or has been granted exclusive rights to publish these titles. These exclusive titles form part of our ongoing publication program which brings back into print important Catholic titles while supporting the monasteries, convents, seminaries and Dioceses that own the rights by paying royalties and protecting the copyrights on their behalf.

#### List of Baronius Press' Exclusive Titles

| | |
|---|---|
| Dom Eugene Boylan | *This Tremendous Lover* |
| | *Difficulties in Mental Prayer* |
| Donald Attwater | *Catholic Encyclopaedic Dictionary* |
| Dom Vitalis Lehodey | *Holy Abandonment* |
| Reginald Garrigou-Lagrange | *The Priest in Union with Christ* |
| | *Christian Perfection and Contemplation* |
| | *Our Savior and his love for us* |
| | *Providence* |
| | *Life Everlasting* |
| | *The Mother of the Saviour* |
| | *Three Ways in the Spiritual Life* |
| | *Predestination* |
| | *Three Ages of the Interior Life* |
| | *Beatitude* |
| | *Christ the Savior* |
| | *Grace* |
| | *On Faith* |
| | *Reality* |
| | *The Love of God and the Cross of Jesus* |
| | *The One God* |
| | *The Trinity and God the Creator* |
| Msgr. Francois Trochu | *Saint Bernadette Soubirous* |
| | *Sermons of the Cure D'Ars* |
| Sister Josepha Menendez | *The Way of Divine Love* |

Due to the amount of work we are undertaking, we are not able to answer emails regarding availability and progress of these exclusive titles. Please check our website regularly or follow us on <u>Facebook</u> or <u>Twitter</u> or subscribe to our <u>Mailing List</u> and you will receive updates on new titles, 'back in stock' titles and seasonal offers.

### Out of Stock Titles          April 24, 2019

Due to unprecedented demand in the first quarter of 2019 we have run out of certain titles before our planned re-prints could come back into stock. This is a temporary situation and we are currently working hard to bring these titles back into stock as soon as possible.

| | |
|---|---|
| *Daily Missal 1962* | The *Missal* is in the binding process and at the printer's and we expect it to come back to stock in the USA in 6-8 weeks' time. |
| *Douay-Rheims & Clementina Vulgata* | The materials have been ordered and the printing will take some months to finish. We are currently exploring the fastest way to have these titles reprinted. |
| *Introduction to the Devout Life* | |
| *The Catechism of the Council of Trent* | |
| *Baltimore Catechism No.3* | |

Source: https://web.archive.org/web/20201101145225/https://www.baroniuspress.com/index.php?wid=10      Created 2022-10-25 at 09:26

# BARONIUS PRESS

Search...    View Basket    Items: 0    Subtotal: $0.00

**CATEGORIES**
- Bible
- Daily Missal (1962)
- Divine Intimacy
- Roman Breviary
- HARDBACK CLASSICS
- Sermon In A Sentence
- Prayer Books
- Spirituality
- Writings Of Saints
- Our Lady
- Catechism And Theology
- 20th Century Catholic Writers
- Paperback Classics
- Saints' Lives
- List All Titles (A-Z)

**FEATURES OF OUR BOOKS**

**ABOUT US**

**ANNOUNCEMENTS**

**HELP/FAQ**

**CONTACT US**

**SELECT COUNTRY**

PAYMENTS BY PayPal





**ANNOUNCEMENT:** Settlement Agreement reached with Saint Benedict Press (TAN Books). Read more ...

## Baronius Press' Exclusive Titles

### FUNDAMENTALS OF CATHOLIC DOGMA



*Fundamentals of Catholic Dogma* by Ludwig Ott has been considered as the definitive single-volume summary of Catholic dogmatic theology ever since its original publication in German in 1952. This new edition by Baronius Press has been **fully revised and updated** and brings the language into greater harmony with current usage.

### THE CURÉ D'ARS



This classic and comprehensive biography reveals how Jean-Marie-Baptiste Vianney overcame numerous obstacles to becoming a priest, exercising intense simplicity, humility and pastoral zeal to help him transform a miserable village disaffected with religion into a town attracting thousands of pilgrims a year. Canonized in 1925 by Pope Pius XI, he is now considered the Patron and exemplar of priests worldwide.

### HARDBACK CLASSICS SERIES

These writings of the saints help us to deepen our relationship with God and to explore our Catholic faith. The intricate two colour design make these titles unique editions of important Catholic works of spirituality that can be treasured and read for many generations. A perfect addition to any Catholic library and an ideal gift for any major feast.



### ROMAN BREVIARY



Available exclusively from our webshop.

A new edition of the Roman Breviary 1961 in English and Latin. An invaluable set of books for all those attached to the traditional Roman Breviary, in the form approved by Pope Benedict XVI in Summorum Pontificum. We hope and pray that this edition which has taken many years of work to complete, will help to bring about an increased use of the traditional liturgy in the praying of the Divine Office of the Church.

### NOW IN HARDBACK


Apologetics and Catholic Doctrine


Lord of the World


Baltimore Catechism No.4

## Our Most Popular Titles


Divine Intimacy


Catena Aurea


The Knox Bible


The Little Office


Douay-Rheims & Clem. Vulgata


Daily Missal 1962

Categories | Features of Our Books | Help/FAQ | Shopping Basket | About Us | Mailing List | Contact Us | Select Country
Terms & Conditions Of Sale | Privacy & Cookie Policy | Terms of Use

© Baronius Press Ltd 2019

 

   

**Baronius Press Ltd**
Published by Pavel Kejik ❓ · 10 May 2019 · 🕐 · 🌐

ANNOUNCEMENT: Closure reached with Saint Benedict Press (TAN Books)

In response to various enquiries, Baronius Press can confirm that the long standing legal dispute Baronius Press, Ltd. v. Saint Benedict Press, LLC (3:16-cv-00695) that had been ongoing for nearly three years has been resolved amicably and the matter is now closed. The closure paves the way for Baronius Press to focus on publishing its long and overdue list of important Catholic titles, which was not possible to do while this case was proceeding.

https://www.baroniuspress.com/announcements

ⓘ

BARONIUSPRESS.COM
**www.baroniuspress.com**

**See Insights and Ads**                    [ **Boost post** ]

👍❤️😮  63                         9 comments  3 shares

👍 Like          💬 Comment          ↪ Share

Most relevant ▾

  Write a comment...        😀 😊 📷 GIF 🏷️

Press Enter to post.

**Dennehy Paul**
How these Christians love one another. Sue them!
Like  Reply  Hide  3 y
↪ 1 reply

**Henry Siy**
Happy to know. **Congratulations**! Two of my admired Publishing houses.
Like  Reply  Hide  3 y

**Robert Starszak**
Great! We don't need further strife in Catholic circles.
Like  Reply  Hide  3 y

**Michael Doyle**
Glad to hear it, we don't need to great Catholic









**Mario J. Hesles**
How long does the copyright last on The Fundamentals of Catholic Dogma in the United States?

Like    Reply    Hide    3 y

↳ 1 reply

**Henry Siy**
Happy to know. **Congratulations**! Two of my admired Publishing houses.

Like    Reply    Hide    3 y

**John L. Stehn**
**Congratulations**!!

Like    Reply    Hide    3 y



Home

English

Login

Create account

More

Contact · Legal · Terms · Privacy



03:12

 **Gloria.TV News**
3    6.4K    May 13, 2019

Catholic Publisher Settles $125 Million Lawsuit, Removes Books from Sale.

**The owner of TAN Books, Saint Benedict Press**, has settled a $125 million copyright infringement lawsuit, withdrawing some of its most important Catholic titles from sale. The reason: Baronius Press had filed what is possibly the largest ever lawsuit against a Catholic publisher for copyright infringement, false copyright claims and deceptive trade practices. Baronius claimed Saint Benedict Press was liable for damages of well over $100 million involving copyrights owned by numerous religious orders and Baronius Press, court documents reveal.

**The case started in 2016**. It initially focused on the English edition of Fundamentals of Catholic Dogma, by Ludwig Ott, which Tan had advertised as one of their most important titles. Baronius alleged that in addition to infringing copyright, Tan had knowingly sold customers an edition containing doctrinal and translation errors. Subsequently, several other classic titles including works by the renowned theologian Reginald Garrigou Lagrange were added to the complaint.

**Baronius Press is a British publisher** with a reputation for publishing editions of pre-Vatican II Catholic titles such as the Roman Breviary, Douay-Rheims and Knox Bibles. Last month it announced that high demand caused several titles including its 1962 Missal to run out of stock. Since settlement of the lawsuit, TAN has withdrawn certain titles from sale, while Baronius has recently announced it has exclusive rights to publish these titles.

**In the afternoon of May 9**, a sacrilegious theft occurred in Santa Teresa parish church in San Gavino Monreale, Southern Sardinia, Italy. A young man opened the tabernacle stole about one hundred consecrated particles and a container for what is described as communion of celiacs. Surveillance cameras show how he forced the tabernacle, stole the hosts, leaving the container empty, stole a candle holder, a few euros from an offering box and ate the hosts. The parish-priest, Father Elvio Tuveri, turned this into a case of – quote – "new poverty increasingly present in our territory" presuming that the thief stole the hosts – quote – "out of hunger."

Like      Share      More

 Write a comment

 **Holy Cannoli**  👍      May 13, 2019
*"new poverty increasingly present in our territory"*
Dear Father Elvio,
Have you considered running a soup kitchen or a homeless shelter for the "new poverty" in your city? No? Why not? If you are unable to finance this with discretionary church funds, try approaching several of the numerous hotels including the FIVE STAR HOTELS located in *San Gavino Monreale.*
😐 More

Write a comment

 **Dr Bobus**      May 13, 2019
TAN books should have had someone in China publish the books. China does not consider itself bound by copyright laws.

**Don Reto Nay**      May 14, 2019
@Dr Bobus: But selling in the West would still be a problem.

Write a comment

🔍 Search postings

● **Gloria.TV News**

 Two Catholics – Francis Miffed
2    1.1K    Sep 8

 Nightmare for Francis: Celebrity Conversion Because of Roman Mass
3    509    Sep 5

 Three Plotters in the Vatican
1    1.2K    Sep 1

 The Cassock – A Cancer Victim
1    405    Aug 29

 Since 2014: First Meeting of All Cardinals
322    Aug 25

 USA Promotes "Religious Freedom" of Atheists
2    414    Aug 22

 An Atheist Who Fought Anti-Catholic Bigotry
4    354    Aug 18

 Paris: Roman Mass Grows Despite Traditionis custodes
815    Aug 11

 Cardinal Burke: Francis' Consecration of Russia will be Successful
6    428    Aug 8

 Scorched Earth Pastoral Care: "I Feel Rejected by Francis"
2    1.3K    Jul 14

 Chiara Corbella Petrillo - What A Life!
3    509    Jul 11

 "Russian TV Can Be Very Entertaining!"
1    595    Jul 7

 The West Has No Future
3    429    Jul 4

 29-Year-Old Man Defeats 13-Year-Old Girl
421    Jun 30

 World Meeting of Families: Francis Without Wheelchair
1    685    Jun 27

 News From the Loony Bin: "Menstruating People"
1    459    Jun 23

 Victim Details Horrors of "Sex Change" Amputations
9    936    Jun 20

 The Cassock Is Not "A Detail"
2    852    Jun 13

Source: https://www.gloria.tv/post/7dvvLcraakLg3DCK4w8tXkPAU                    Created 2022-10-25 at 09:54

Case 2:22-cv-01635-TL  Document 48-6  Filed 04/10/23  Page 7 of 7

 

# r/Catholicism

**Posts**

Posted by u/Ibrey 3 years ago

## Baronius Press has settled a lawsuit against Saint Benedict Press/TAN Books

As some of you will be aware, before the Copyright Act of 1976, the United States required that creative works be registered as a prerequisite to copyright protection, and a number of works entered the public domain due to failure to renew the registration on time; however, the Uruguay Round Agreements Act of 1994 restored copyright as of 1996 in a number of foreign works which were then in the public domain in the United States, but protected in the source country.

As I hope all of you are aware, Saint Benedict Press/TAN Books is the publisher of many excellent Catholic titles, in many cases originally published in the UK or translated from foreign languages. Baronius Press has now reached out to a variety of foreign publishers and religious bodies and obtained exclusive rights in the United States to publish, among other books, the following TAN Books titles:

- *Fundamentals of Catholic Dogma* by Ludwig Ott
- *This Tremendous Lover* by Fr Eugene Boylan
- *The Curé d'Ars* by Abbé Francis Trochu
- *Catholic Encyclopaedic Dictionary* by Donald Attwater
- *Holy Abandonment* by Dom Vital Lehodey
- *The Priest in Union with Christ* by Réginald Garrigou-Lagrange
- *Christian Perfection and Contemplation* by Réginald Garrigou-Lagrange
- *Our Savior and His Love for Us* by Réginald Garrigou-Lagrange
- *Providence* by Réginald Garrigou-Lagrange
- *Life Everlasting* by Réginald Garrigou-Lagrange
- *Mother of the Saviour* by Réginald Garrigou-Lagrange
- *The Three Ways of the Spiritual Life* by Réginald Garrigou-Lagrange
- *Predestination* by Réginald Garrigou-Lagrange

In April 26, 2013, Baronius Press served notice on Saint Benedict Press to cease and desist publication of *Fundamentals of Catholic Dogma*, and they filed a lawsuit on September 29, 2016. Full details can be found in Baronius' second amended complaint of November 14, 2018.

The suit has now been settled out of court, and Baronius has made an announcement that the settlement paves the way for their publication of these titles to go forward.

 4 Comments   Share   Tip   ⋯    80% Upvoted

📥 **This thread is archived**
New comments cannot be posted and votes cannot be cast

 Sort By: Best ⌄