# EXHIBIT 6

| | |
|---|---|
| **From:** | Bethany Olsen |
| **To:** | th@baroniuspress.com |
| **Cc:** | Craig St. Clair |
| **Subject:** | RE: Fundamentals of Catholic Dogma |
| **Date:** | 29 January 2020 01:47:26 |

Tom,

I wanted to check back in on the below, as we are eager to make things right. Please do let me know your thoughts on what an equitable solution would be, at your convenience.

Best,

Bethany Olsen
Manager of Content Partnerships, Publisher Relations
Faithlife Corporation | Logos Bible Software
1313 Commercial Street
Bellingham, WA, 98225
1-800-875-6467 x. 4431
Cell: 360-319-5276

**From:** Bethany Olsen
**Sent:** Thursday, January 16, 2020 10:18 AM
**To:** 'th@baroniuspress.com' <th@baroniuspress.com>
**Cc:** Craig St. Clair <craig@verbum.com>
**Subject:** RE: Fundamentals of Catholic Dogma

Tom,

I received our revenue numbers directly from our accounting team, who ran a report on all revenue received from that specific title in any kind of sale. The order numbers (75 total) and dollar numbers ($387.97) are verified.

As for the 33 collection sales, I had been looking at the collective data and assumed originally that they were all from one collection. However, when I broke down the data further, it turns out they came from two collections:

https://www.logos.com/product/175770/logos-feature-expansion-master-collection
https://www.logos.com/product/175477/systematic-theologies-collection

Those two collections are still for sale on our websites but we removed your title from them in June.

As Craig mentioned by phone, we didn't promote the title individually nor did we put promotional powers behind the two above collections, so that's why the title's collective order numbers aren't terribly high for that two-month period.

Let me know if you have any further questions about this.

Best,

Bethany Olsen

Manager of Content Partnerships, Publisher Relations

Faithlife Corporation | Logos Bible Software

1313 Commercial Street

Bellingham, WA, 98225

1-800-875-6467 x. 4431

Cell: 360-319-5276

**From:** th@baroniuspress.com <th@baroniuspress.com>
**Sent:** Thursday, January 16, 2020 8:48 AM
**To:** Bethany Olsen <bolsen@faithlife.com>
**Cc:** Craig St. Clair <craig@verbum.com>
**Subject:** RE: Fundamentals of Catholic Dogma

Dear Bethany,

Thank you for rechecking the sales figures.

I remember that the last time we had this problem with *Fundamentals of Catholic Dogma* your predecessors also did not gather all of the figures, as initially they also overlooked the sales that had been made through collections.

Can you please clarify the product name of the "large collection of public domain content" you refer to in your last email?

Previously, *Fundamentals* was included in at least one other bundle – *Catholic Theology and Dogma Collection (7 vols.),* as it is a companion book to *The Sources of Catholic Dogma* by Henry Denzinger. Can you please double check that *Fundamentals* was not part of any other collection?

Lastly, can you please clarify how you have calculated the total revenue you received for *FundamentaTls*?

Yours sincerely,

Tom Healy

---

**From**: Bethany Olsen <bolsen@faithlife.com>
**Sent**: 1/15/20 4:21 AM
**To**: "th@baroniuspress.com" <th@baroniuspress.com>
**Cc**: "Craig St. Clair" <craig@verbum.com>
**Subject**: RE: Fundamentals of Catholic Dogma
Tom,

Per our call on Monday, here is an outline of the sales made of *Fundamentals of Catholic Dogma* and our proposal to you.

We did double-check our figures and the order numbers are a bit higher than what we originally thought, as we discovered that we did make a few collection sale. This is counter to what we originally believed when discussing with you on Monday and I apologize for the confusion.

There were 75 total transactions and here is a breakdown of each sale type:

- 42 individual sales of the book, including:

    - 22 sales to customers
    - 20 free copies to employees (it is our standard practice to give interested employees free copies of public domain titles they are interested in)

- 33 copies sold as part of a large collection of public domain content

The total revenue we received for the book between April – June 2019 is $387.97 and we would be happy to give you 100% of that revenue.

Please let me know your feedback. We are very much interested in coming to an agreement that feels equitable to you.

I'm also more than happy to have another phone call if you have further questions.

Best,

Bethany Olsen
Manager of Content Partnerships, Publisher Relations
Faithlife Corporation | Logos Bible Software
1313 Commercial Street
Bellingham, WA, 98225
1-800-875-6467 x. 4431
Cell: 360-319-5276

**From:** th@baroniuspress.com <th@baroniuspress.com>
**Sent:** Monday, January 13, 2020 10:03 AM
**To:** Craig St. Clair <craig@verbum.com>
**Cc:** Bethany Olsen <bolsen@faithlife.com>
**Subject:** Re: Fundamentals of Catholic Dogma

Dear Bethany and Craig,

Many thanks for your time on the phone this morning. The account for placing the file of Fundamentals in is: info@baroniuspress.com

Yours sincerely,

 Tom Healy

---

**From**: "Craig St. Clair" <craig@verbum.com>
**Sent**: 1/9/20 7:56 PM
**To**: "th@baroniuspress.com" <th@baroniuspress.com>
**Cc**: Bethany Olsen <bolsen@faithlife.com>
**Subject**: Re: Fundamentals of Catholic Dogma
Dear Mr. Healy,
Thank you for your reply.  I look forward to talking with you on Monday, January 13th at 9am Pacific Time.

Faithlife's Publisher Relations Manager, Bethany Olsen, will also be joining us on the call.

I'll include you on a meeting invitation.  You can join the meeting via telephone or internet.  I will send it out shortly.

Sincerely,

Craig

**Craig St. Clair** | Verbum Product Manager | Faithlife, Inc. |1313 Commercial St., Bellingham, WA | Phone: (360) 398-5103 | craig@verbum.com

---

**From:** "th@baroniuspress.com" <th@baroniuspress.com>
**Reply-To:** "th@baroniuspress.com" <th@baroniuspress.com>
**Date:** Wednesday, January 8, 2020 at 10:49 AM
**To:** "Craig St. Clair" <craig@verbum.com>
**Subject:** Re: Fundamentals of Catholic Dogma

Dear Mr. St. Clair,

I will be available for a call on Monday, January 13th at 9am. Please can you provide the best number to call you on?

Yours sincerely,

Tom Healy

---

**From**: "Craig St. Clair" <craig@verbum.com>
**Sent**: 1/4/20 1:25 AM
**To**: "th@baroniuspress.com" <th@baroniuspress.com>
**Subject**: Re: Fundamentals of Catholic Dogma
Dear Mr. Healy,
Happy New Year to you too!

We sold 42 individual copies of the book.

How about a call on Monday, January 13th at 9am Seattle time (5pm London time) or another day this week?

Sincerely,

Craig

**Craig St. Clair** | Verbum Product Manager | Faithlife, Inc. |1313 Commercial St., Bellingham, WA | Phone: (360) 398-5103 | craig@verbum.com

---

**From:** "th@baroniuspress.com" <th@baroniuspress.com>
**Reply-To:** "th@baroniuspress.com" <th@baroniuspress.com>
**Date:** Thursday, January 2, 2020 at 9:41 AM
**To:** "Craig St. Clair" <craig@verbum.com>
**Subject:** Re: Fundamentals of Catholic Dogma

Dear Mr. St. Clair,

Happy New Year!

I can be available for a phone call next week from Tuesday onward, first thing in your morning due to the time difference.

In order to be able to discuss the matter further, please provide the number of copies sold or distributed, either separately or as part of a package, for the period Fundamentals of Catholic Dogma was being published, as requested in my previous email.

Yours sincerely,

  Tom Healy

---

**From**: "Craig St. Clair" <craig@verbum.com>
**Sent**: 12/21/19 1:27 AM
**To**: "th@baroniuspress.com" <th@baroniuspress.com>
**Subject**: Re: Fundamentals of Catholic Dogma

Dear Mr. Healy,
Please accept my deepest apologies.  The posting of the title was inadvertent and it was taken down from our website and made unavailable for sale when the error was realized.  I would like to discuss the matter further with you over the phone.  Is there a time in the near future when we could schedule a call?

Sincerely,

Craig

**Craig St. Clair** | Verbum Product Manager | Faithlife, Inc. |1313 Commercial St., Bellingham, WA | Phone: (360) 398-5103 | craig@verbum.com

---

**From:** "th@baroniuspress.com" <th@baroniuspress.com>
**Reply-To:** "th@baroniuspress.com" <th@baroniuspress.com>
**Date:** Friday, December 20, 2019 at 4:02 AM
**To:** "Craig St. Clair" <craig@verbum.com>
**Subject:** Fundamentals of Catholic Dogma

Dear Mr. St. Clair,

Baronius Press is the copyright holder of Fundamentals of Catholic Dogma by Ludwig Ott.

It would appear from the following post, that Logos was publishing Fundamentals of Catholic Dogma by Ludwig Ott for approximately 2 months earlier this year:

https://community.logos.com/forums/t/180933.aspx

In the past Logos published Fundamentals of Catholic Dogma without permission. At that time, we contacted Logos and were provided with the number of copies sold or distributed and later a settlement was reached.

Please provide the number of copies sold or distributed, either separately or as part of a package, for the above mentioned period when the title was being published.

Yours sincerely,

  Tom Healy