# **EXHIBIT 8**

**Copyright Management Information (CMI) in Defendant's copy of**
*The Confession of St. Augustine* **- Public Domain title**



**Copyright Management Information (CMI) in Defendant's copy of**
*1890 Darby Bible* **- Public Domain title**



**Copyright Management Information (CMI) in Defendant's copy of**
*American Standard Version* **- Public Domain title**

