# EXHIBIT 9

**Plaintiff's Copyright Management Information (CMI)**     **Defendant's Copyright Management Information (CMI)**

**Nihil Obstat:**
Rev. Joshua Neu, SSL
*Censor Deputatus*

**Imprimatur:**
✠ Malcolmus McMahon, OP, DD
*Archiepiscopus Liverpolitanus*
October 2, 2017

The *Nihil Obstat* and *Imprimatur* are declarations that a book or pamphlet is considered to be free from doctrinal or moral error. No implication is contained therein that those who have granted the *Nihil Obstat* or *Imprimatur* agree with the contents, opinions or statements expressed.

*This edition first published in 2018 by*
BARONIUS PRESS
www.baroniuspress.com

© Bischöfliches Seminar St. Willibald, 2005

© Baronius Press Ltd, 2018

10 9 8 7 6 5 4 3 2

ISBN: 978-1-905574-65-0

First published in German in 1952 under the title *Grundriss der Katholischen Dogmatik* by Verlag Herder, Freiburg, Germany. First published in English in May, 1955 by The Mercier Press Limited, Cork, Ireland.

This new edition by Baronius Press is based on the original translation by Mercier Press. It has been fully revised and updated and it conforms to the latest 11th German edition of *Grundriss der Katholischen Dogmatik* published by nova & vetera, Bonn, Germany in 2010.

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical including photocopying, recording or any information storage or retrieval system, without prior permission in writing from the publishers.

Printed in India.

