# EXHIBIT 11

# Book Suggestion: Knox Bible

Home > Catholic Products > Book Suggestion: Knox Bible

This post has 7 Replies | 1 Follower

Page 1 of 1 (8 items)

**David J. Ring, Jr.** | Forum Activity | Posted: Wed, May 22 2019 8:17 PM    Reply



Posts 62

Baronius Press publishes this excellent Bible.

https://www.baroniuspress.com/book.php?wid=56&bid=60#tab-tab-1

The Knox Bible is the ideal translation for those looking to deepen their understanding of the Holy Scriptures. It was hailed as the finest translation of the 20th Century, approved for liturgical use and was endorsed by Pope Pius XII, Archbishop Fulton Sheen and many more.

In the early 20th century, Msgr. Ronald Knox embarked on an entirely new English Bible. He wanted a Bible that did not merely translate the original but made it read as if an Englishman had written it. His translation is spiritual and literary, graceful and lyrical, making it one of the most beautiful vernacular versions of the Holy Bible.

The unique features of the Knox Bible are:

- Translated from the Latin Vulgate and compared with the Greek and Hebrew texts single handedly by Ronald Knox over nine years.
- Uses timeless English, which is both sacral and reverent.
- Set in a single-column format with verse references placed at the side of the text in order to provide a clear and easily readable Bible.
- The full Bible is now available again for the first time in over 50 years, in an edition from Baronius Press, beautifully bound in leather with gilt edges.
- Included with this new edition is a paperback edition of *On Englishing the Bible* (5.5" x 8", 72 pages) in which Msgr. Knox describes his account of the ordeal, which manages to be both illuminating and full of his wit. Anyone wishing to know more about Knox's translation – and the problems involved in rendering the sacred Scriptures into the vernacular – will be fascinated to hear from the translator himself how he tackled this mammoth project.

In the early twentieth century with the blessings of most of the English bishops, Msgr. Ronald Knox embarked on an entirely new English Bible. It was to be based upon the Clementine edition of the Latin Vulgate of St. Jerome, but Knox consulted the texts in Greek and Hebrew where necessary in order to ensure the accuracy of the translation.

In his *On Englishing the Bible,* Msgr. Knox explains how he carried out the mandate given to him by the English hierarchy. He aimed at a Bible that was understandable to modern audiences and yet rooted in Catholic tradition and "written in timeless English". He wanted a Bible that did not merely translate the original but made it read as if an Englishman had written it.

Novelist Evelyn Waugh remarked about the translation that

*It is unquestioned that for the past 300 years the Authorized Version has been the greatest single formative influence in English prose style. But that time is over …. When the Bible ceases, as it is ceasing, to be accepted as a sacred text, it will not long survive for its fine writing. It seems to me probable that in a hundred years' time the only Englishmen who know their Bibles will be Catholics. And they will know it in Msgr. Knox's version.*

His three aims were: accuracy, intelligibility, and readability. He was loyal to these principles without sacrificing the rhetorical power of the original and while deliberately keeping a few of the well loved archaisms in the text. He preferred lucidity to poetry, but as one of the finest literary craftsmen of 20th century England he avoided falling into banality.

This was particularly so in his unique respect for the Hebrew Acrostics (starting successive verses with successive letters of the alphabet). Here Monsignor Knox respects the 22 letters of the Hebrew original but starts his verses with successive letters of the English alphabet, usually leaving off X, Y, and Z and one other letter, often Q.

In Lamentations 1, 2, and 4 he completely follows the English order and uses the letters A-V; and in Lamentations 3 he adheres to the tripled Hebrew verses (66 verses) and uses AAA-VVV, i.e. three A verses, then three B verses, etc. (When checking the Knox acrostic Psalms, remember that he is follows the Vulgate numbering of the Psalms which is generally one lower than the English and Hebrew numbering.)

The result is unique. The Knox Bible is firmly rooted in the text of the Clementine Vulgate, the Latin Bible that was the Catholic Church's official bible for nearly 1,600 years; and yet was Knox was careful to cross check his translation against the Hebrew and Greek texts. In readability and scholarship it firmly belongs to the age of modern bibles.

Fr. Cormac Burke (www.cormacburke.or.ke), who has studied the Knox translation extensively says:

It is an opinion that may have particular application to the pauline epistles. Regarding these I do recall some early critic who, while conceding that Msgr. Knox had certainly made St. Paul intelligible (he was at times barely so in the old Douai-Rheims version), still doubted whether Knox's version really makes Paul say what he actually wanted to say... I am not scripture scholar enough to resolve the question; but am sure that the same doubt can be made extensive to quite a few more recent versions.

In the Old Testament, the Wisdom books are particularly expressive. No translation of the Psalms is going to please everyone. But it is worth examining Psalm 118, for instance, where Msgr. Knox stood fully up to the particular challenge its translation represents. To my mind, the result is a *tour de force*.

Consider also the Major Prophets. I find the first chapters of Isaiah and of Ezechiel specially remarkable. The poetic tone of the Psalms and other poetic books changes to something more resoundingly epic – as indeed befits prophecy. Prophecy is meant to surprise; it is dramatic and emphatic. And Knox's rendering of Isaiah or Ezechiel – idiosyncratic if at times it be – certainly brings out the solemn force of God's word on the lips of his prophet. It strikes the listener, and one is more inclined to stand up and take notice. As it should be. When working from scanned pages, it is difficult to spot and correct all the errors. The New Testament has been subjected to very careful correction over these years. I will be very grateful to those who point out any errors they spot in the Old Testament.

Pope Pius XII, in a note that he sent to Msgr. Knox shortly before Knox died, called it "a praiseworthy achievement … a monument of many years of patient study and toil." Novelist and Knox's fellow convert Evelyn Waugh predicted in the middle of the 20th century, when the literary influence of the King James Bible and its sonorous cadences were waning fast, that in a hundred years' time the only biblically-literate Englishmen will be those who are Catholic, and that they will know it through the Knox translation. The Ven. Fulton Sheen notably favoured the Knox Bible as the source for his biblical quotes, and even though it has not been in print for a number of decades, interest in it has never ceased.

Waugh's prediction may have seemed quixotic in the past 50 years, but today's hunger for a measured return to beauty and reverence may mean that it will yet come to pass.

We must never forget that all authentic and living Christian spirituality is based on the Word of God proclaimed, accepted, celebrated and meditated upon in the Church.

Pope Benedict XVI, 2010

---

**SineNomine** | Forum Activity | Replied: Thu, May 23 2019 9:20 AM    Reply



Posts 3328

See also: http://community.logos.com/forums/t/97884.aspx?PageIndex=1 & https://suggestbooks.uservoice.com/forums/308269-book-suggestions/suggestions/10852821-the-knox-bible

*Puer natus est nobis.* Merry Christmas!

Catholic Products Forum  -  Book Suggestions UserVoice  -  Verbum Blog

---

**Craig St. Clair (Faithlife)** | Forum Activity | Replied: Wed, Jun 5 2019 11:02 AM    Reply

Case 2:22-cv-01635-TL    Document 48-12    Filed 04/10/23    Page 3 of 7

Licensing conversations are in progress for the Knox Bible with Baronius.
Stay tuned....

Posts 173

Craig St. Clair | Verbum Product Manager |

---

Floyd Johnson | Forum Activity | Replied: Wed, Jun 5 2019 11:24 AM    **Reply**

👍

Posts 3670

Blessings,
Floyd
Pastor-Patrick.blogspot.com

---

David J. Ring, Jr. | Forum Activity | Replied: Wed, Jun 5 2019 4:03 PM    **Reply**

Hopefully for Divine Intimacy as well.

Remember, this man has done a calendar which makes Divine Intimacy relate to the current church calender, I'm sure he would be very pleased to receive a contribution to include his conversion calender in the electronic work. His calender aligns "Divine Intimacy" to the current Church calender and shows how awesome this work is. It's a fabulous meditation, deeply Carmelite in its essence and application. Here is the link for the calender:  http://divineintimacy.larmour.us/ I forgot to include it in the message I just sent.

Regards,

Posts 62

---

SineNomine | Forum Activity | Replied: Thu, Jun 6 2019 12:18 PM    **Reply**

> Craig St. Clair (Faithlife):
> Licensing conversations are in progress for the Knox Bible with Baronius.
> Stay tuned....

👍👍

Posts 3328

*Puer natus est nobis.* Merry Christmas!

Catholic Products Forum  -  Book Suggestions UserVoice  -  Verbum Blog

---

Jeff | Forum Activity | Replied: Fri, Jun 7 2019 12:06 PM    **Reply**

Very excited about the Knox Bible and I'd also like to add my support for Divine Intimacy. It's great that someone has done the work to fit this amazing collection of meditations into the new calendar. Hopefully, if it comes to Verbum, there would be an option to choose the calendar- those of us that are involved the Extraordinary Form of the Mass still adhere to the old calendar (and would also love for the 1962 lectionary to be integrated into the daily Mass/Saints day features). 😊

Posts 9

---

Floyd Johnson | Forum Activity | Replied: Fri, Jun 7 2019 12:17 PM    **Reply**

See

https://www.google.com/url?sa=t&source=web&rct=j&url=https://community.logos.com/forums/t/97884.aspx&ved=2ahUKEwjAnLDBitjiAhUkVd8KHSFsCeIQFjAAegQIAxAB&usg=AOv

for an earlier discussion.

Posts 3670

Blessings,
Floyd
Pastor-Patrick.blogspot.com

---

Page 1 of 1 (8 items) | RSS                                         Previous Topic | Next Topic



Copyright **Faithlife** / Logos Bible Software.

Source: https://community.logos.com/forums/p/181544/1051810.aspx          Created 2020/01/31 at 20:57 GMT

Logos.com   |   Bible   |   Blog   |   Forums   |   Sermons   |   Wiki                                   Sign in   |   Join   |Help



# Book Suggestion: Knox Bible

Home > Catholic Products > Book Suggestion: Knox Bible

This post has 35 Replies | 1 Follower                                                                 Page 1 of 2 (36 items) 1 2 Next >

**David J. Ring, Jr.** | Forum Activity | Posted: Wed, May 22 2019 8:17 PM                            Reply

Posts 120

Baronius Press publishes this excellent Bible.

https://www.baroniuspress.com/book.php?wid=56&bid=60#tab=tab-1

The Knox Bible is the ideal translation for those looking to deepen their understanding of the Holy Scriptures. It was hailed as the finest translation of the 20th Century, approved for liturgical use and was endorsed by Pope Pius XII, Archbishop Fulton Sheen and many more.

In the early 20th century, Msgr. Ronald Knox embarked on an entirely new English Bible. He wanted a Bible that did not merely translate the original but made it read as if an Englishman had written it. His translation is spiritual and literary, graceful and lyrical, making it one of the most beautiful vernacular versions of the Holy Bible.

The unique features of the Knox Bible are:

- Translated from the Latin Vulgate and compared with the Greek and Hebrew texts single handedly by Ronald Knox over nine years.
- Uses timeless English, which is both sacral and reverent.
- Set in a single-column format with verse references placed at the side of the text in order to provide a clear and easily readable Bible.
- The full Bible is now available again for the first time in over 50 years, in an edition from Baronius Press, beautifully bound in leather with gilt edges.
- Included with this new edition is a paperback edition of *On Englishing the Bible* (5.5" x 8", 72 pages) in which Msgr. Knox describes his account of the ordeal, which manages to be both illuminating and full of his wit. Anyone wishing to know more about Knox's translation – and the problems involved in rendering the sacred Scriptures into the vernacular – will be fascinated to hear from the translator himself how he tackled this mammoth project.

In the early twentieth century with the blessings of most of the English bishops, Msgr. Ronald Knox embarked on an entirely new English Bible. It was to be based upon the Clementine edition of the Latin Vulgate of St. Jerome, but Knox consulted the texts in Greek and Hebrew where necessary in order to ensure the accuracy of the translation.

In his *On Englishing the Bible,* Msgr. Knox explains how he carried out the mandate given to him by the English hierarchy. He aimed at a Bible that was understandable to modern audiences and yet rooted in Catholic tradition and "written in timeless English". He wanted a Bible that did not merely translate the original but made it read as if an Englishman had written it.

Novelist Evelyn Waugh remarked about the translation that

*It is unquestioned that for the past 300 years the Authorized Version has been the greatest single formative influence in English prose style. But that time is over …. When the Bible ceases, as it is ceasing, to be accepted as a sacred text, it will not long survive for its fine writing. It seems to me probable that in a hundred years' time the only Englishmen who know their Bibles will be Catholics. And they will know it in Msgr. Knox's version.*

His three aims were: accuracy, intelligibility, and readability. He was loyal to these principles without sacrificing the rhetorical power of the original and while deliberately keeping a few of the well loved archaisms in the text. He preferred lucidity to poetry, but as one of the finest literary craftsmen of 20th century England he avoided falling into banality.

This was particularly so in his unique respect for the Hebrew Acrostics (starting successive verses with successive letters of the alphabet). Here Monsignor Knox respects the 22 letters of the Hebrew original but starts his verses with successive letters of the English alphabet, usually leaving off X, Y, and Z and one other letter, often Q.

In Lamentations 1, 2, and 4 he completely follows the English order and uses the letters A-V; and in Lamentations 3 he adheres to the tripled Hebrew verses (66 verses) and uses AAA-VVV, i.e. three A verses, then three B verses, etc. (When checking the Knox acrostic Psalms, remember that he is follows the Vulgate numbering of the Psalms which is generally one lower than the English and Hebrew numbering.)

The result is unique. The Knox Bible is firmly rooted in the text of the Clementine Vulgate, the Latin Bible that was the Catholic Church's official bible for nearly 1,600 years; and yet was Knox was careful to cross check his translation against the Hebrew and Greek texts. In readability and scholarship it firmly belongs to the age of modern bibles.

Fr. Cormac Burke (www.cormacburke.or.ke), who has studied the Knox translation extensively says:

It is an opinion that may have particular application to the pauline epistles. Regarding these I do recall some early critic who, while conceding that Msgr. Knox had certainly made St. Paul intelligible (he was at times barely so in the old Douai-Rheims version), still doubted whether Knox's version really makes Paul say what he actually wanted to say... I am not scripture scholar enough to resolve the question; but am sure that the same doubt can be made extensive to quite a few more recent versions.

In the Old Testament, the Wisdom books are particularly expressive. No translation of the Psalms is going to please everyone. But it is worth examining Psalm 118, for instance, where Msgr. Knox stood fully up to the particular challenge its translation represents. To my mind, the result is a *tour de force*.

Consider also the Major Prophets. I find the first chapters of Isaiah and of Ezechiel specially remarkable. The poetic tone of the Psalms and other poetic books changes to something more resoundingly epic – as indeed befits prophecy. Prophecy is meant to surprise; it is dramatic and emphatic. And Knox's rendering of Isaiah or Ezechiel – idiosyncratic if at times it be – certainly brings out the solemn force of God's word on the lips of his prophet. It strikes the listener, and one is more inclined to stand up and take notice. As it should be. When working from scanned pages, it is difficult to spot and correct all the errors. The New Testament has been subjected to very careful correction over these years. I will be very grateful to those who point out any errors they spot in the Old Testament.

Pope Pius XII, in a note that he sent to Msgr. Knox shortly before Knox died, called it "a praiseworthy achievement … a monument of many years of patient study and toil." Novelist and Knox's fellow convert Evelyn Waugh predicted in the middle of the 20th century, when the literary influence of the King James Bible and its sonorous cadences were waning fast, that in a hundred years' time the only biblically-literate Englishmen will be those who are Catholic, and that they will know it through the Knox translation. The Ven. Fulton Sheen notably favoured the Knox Bible as the source for his biblical quotes, and even though it has not been in print for a number of decades, interest in it has never ceased.

Waugh's prediction may have seemed quixotic in the past 50 years, but today's hunger for a measured return to beauty and reverence may mean that it will yet come to pass.

We must never forget that all authentic and living Christian spirituality is based on the Word of God proclaimed, accepted, celebrated and meditated upon in the Church.

Pope Benedict XVI, 2010

**SineNomine** | Forum Activity | Replied: Thu, May 23 2019 9:20 AM                                    Reply

See also: http://community.logos.com/forums/t/97884.aspx?PageIndex=1 & https://suggestbooks.uservoice.com/forums/308269-book-suggestions/suggestions/10852821-the-knox-bible

Posts 6314    "The trouble is that everyone talks about reforming others and no one thinks about reforming himself." St. Peter of Alcántara

Source: https://community.logos.com/forums/t/181544.aspx?PageIndex=1                           Created 2022-10-25 at 11:16





Posts 173

**Craig St. Clair (Faithlife)** | Forum Activity | Replied: Wed, Jun 5 2019 11:02 AM — Reply

~~Licensing conversations are in progress for the Knox Bible with Baronius.~~

~~Stay tuned....~~

Craig St. Clair | Verbum Product Manager |

---

Posts 3883

**Floyd Johnson** | Forum Activity | Replied: Wed, Jun 5 2019 11:24 AM — Reply

Blessings,
Floyd
Pastor-Patrick.blogspot.com

---

Posts 120

**David J. Ring, Jr.** | Forum Activity | Replied: Wed, Jun 5 2019 4:03 PM — Reply

Hopefully for Divine Intimacy as well.

Remember, this man has done a calendar which makes Divine Intimacy relate to the current church calender, I'm sure he would be very pleased to receive a contribution to include his conversion calender in the electronic work. His calender aligns "Divine Intimacy" to the current Church calender and shows how awesome this work is. It's a fabulous meditation, deeply Carmelite in its essence and application. Here is the link for the calender: http://divineintimacy.larmour.us/ I forgot to include it in the message I just sent.
Regards,

---

Posts 6314

**SineNomine** | Forum Activity | Replied: Thu, Jun 6 2019 12:18 PM — Reply

> **Craig St. Clair (Faithlife):**
> Licensing conversations are in progress for the Knox Bible with Baronius.
> Stay tuned....

"The trouble is that everyone talks about reforming others and no one thinks about reforming himself." St. Peter of Alcántara

---

Posts 9

**augustine9989** | Forum Activity | Replied: Fri, Jun 7 2019 12:06 PM — Reply

Very excited about the Knox Bible and I'd also like to add my support for Divine Intimacy. It's great that someone has done the work to fit this amazing collection of meditations into the new calendar. Hopefully, if it comes to Verbum, there would be an option to choose the calendar- those of us that are involved the Extraordinary Form of the Mass still adhere to the old calendar (and would also love for the 1962 lectionary to be integrated into the daily Mass/Saints day features).

---

Posts 3883

**Floyd Johnson** | Forum Activity | Replied: Fri, Jun 7 2019 12:17 PM — Reply

See

https://www.google.com/url?sa=t&source=web&rct=j&url=https://community.logos.com/forums/t/97884.aspx&ved=2ahUKEwjAnLDBitjiAhUkVd8KHSFsCelQFjAAegQIAxAB&usg=AOv

for an earlier discussion.

Blessings,
Floyd
Pastor-Patrick.blogspot.com

---

Posts 120

**David J. Ring, Jr.** | Forum Activity | Replied: Fri, Feb 5 2021 1:24 PM — Reply

Any updates on this, or Divine Intimacy? Can we write to Baronius, I have both of their publications and I've given some away also, I just want it in Verbum to go alone with the rest of my library.

I don't care if Baronius makes us submit proof of buying their books, I love my physical books and I read them for pleasure, but I use Verbum for study.

Hopefully "Divine Intimacy" will be able to bring up the readings from the Missale Romanum (1962)
Also can you put in a good word to update the TABELLA TEMPORARIA in this missal? It currently only goes to 2011, or is that something only the publisher can do?

---

Posts 36654

**MJ. Smith** | Forum Activity | Replied: Fri, Feb 5 2021 3:10 PM — Reply

The Knox Bible | Faithlife Feedback to vote

Orthodox Bishop Hilarion Alfeyev: "To be a theologian means to have experience of a personal encounter with God through prayer and worship."

---

Posts 120

**David J. Ring, Jr.** | Forum Activity | Replied: Fri, Feb 5 2021 3:37 PM — Reply

feedback.faithlife.com needs a different log than all the other "Logos" related sites.

I can go from Logos.com to verbum.com to biblia.com to faithlife.com and not need to log in, but if I try to log into feedback.faithlife.com, I need a whole different username and password.

Angels protect us!

Thanks, MJ.

DR

**SineNomine** | Forum Activity | Replied: Fri, Feb 5 2021 5:28 PM    Reply

Posts 6314

> **David J. Ring, Jr.:**
> feedback.faithlife.com needs a different log than all the other "Logos" related sites.
> I can go from Logos.com to verbum.com to biblia.com to faithlife.com and not need to log  in, but if I try to log into feedback.faithlife.com, I need a whole different username and password.

Yes.

"The trouble is that everyone talks about reforming others and no one thinks about reforming himself." St. Peter of Alcántara

---

**Keep Smiling 4 Jesus :)** | Forum Activity | Replied: Fri, Feb 5 2021 10:15 PM    Reply

Posts 19608

> **David J. Ring, Jr.:**
> I can go from Logos.com to verbum.com to biblia.com to faithlife.com and not need to log  in, but if I try to log into feedback.faithlife.com, I need a whole different username and password.

Feedback => Add the feedback website to the Faithlife SSO system has 5 votes (tied for third most votes on Faithlife.com)

FYI: Thankful for my demonstration account using gmail that is useful for Feedback until SSO is implemented.

Keep Smiling

Logos Wiki    Logos 9 Beta    Free Support

---

**David J. Ring, Jr.** | Forum Activity | Replied: Fri, Feb 5 2021 10:28 PM    Reply

Posts 120

The feedback.faithlife.com site also requires a new username and password, so I cannot even vote to have it added to the Faithlife SSO system without registering again.

Why do I need yet another account?

Regards,

David

---

**David Wanat** | Forum Activity | Replied: Fri, Feb 5 2021 11:43 PM    Reply

Posts 1552

> Keep Smiling 4 Jesus :):
>> **David J. Ring, Jr.:**
>> I can go from Logos.com to verbum.com to biblia.com to faithlife.com and not need to log  in, but if I try to log into feedback.faithlife.com, I need a whole different username and password.
>
> Feedback => Add the feedback website to the Faithlife SSO system has 5 votes (tied for third most votes on Faithlife.com)
> FYI: Thankful for my demonstration account using gmail that is useful for Feedback until SSO is implemented.
> Keep Smiling

Didn't know this was something to vote for. But now that I do know, you've got my vote

WIN 11 i7 9750H, RTX 2060, 16GB RAM, 1TB SSD | iPad Air 3
Verbum 10 Gold

---

**MJ. Smith** | Forum Activity | Replied: Sat, Feb 6 2021 12:00 AM    Reply

Posts 36654

> Keep Smiling 4 Jesus :):
> Feedback => Add the feedback website to the Faithlife SSO system has 5 votes (tied for third most votes on Faithlife.com)

Given that FL said to put Feedbear's feedback on their site, that FL has told us that they've asked Feedbear for a change, etc. I suspect this simply makes FL users feel better and reminds FL that the issue matters to their users. But FL cannot change it.

Orthodox Bishop Hilarion Alfeyev: "To be a theologian means to have experience of a personal encounter with God through prayer and worship."

---

**David Wanat** | Forum Activity | Replied: Sat, Feb 6 2021 12:01 AM    Reply

Posts 1552

I must have missed that thread. Do you have a link?

WIN 11 i7 9750H, RTX 2060, 16GB RAM, 1TB SSD | iPad Air 3
Verbum 10 Gold

---

**Floyd Johnson** | Forum Activity | Replied: Sat, Feb 6 2021 2:03 PM    Reply

Posts 3883

I found this:

http://catholicbible.online/knox/

Blessings,
Floyd
Pastor-Patrick.blogspot.com

---

**MJ. Smith** | Forum Activity | Replied: Sat, Feb 6 2021 3:11 PM    Reply

Posts 36654

> **David Wanat:**
> I must have missed that thread. Do you have a link?

I believe it was in the original announcement thread:

> **Bradley Grainger (Faithlife):**
> As Phil implied, this new feedback site is hosted by a third party: FeedBear. New Faithlife Feedback Boards - Faithlife Forums (logos.com)
> If you have problems with the experience of using the *feedback site itself*, or would like its features to be improved, you can file those



directly with FeedBear: https://feedback.feedbear.com/

Orthodox Bishop Hilarion Alfeyev: "To be a theologian means to have experience of a personal encounter with God through prayer and worship."

Posts 1552

**David Wanat** | Forum Activity | Replied: Sat, Feb 6 2021 3:42 PM

Reply

Thank you. I clearly failed to note the significance

WIN 11 i7 9750H, RTX 2060, 16GB RAM, 1TB SSD | iPad Air 3
Verbum 10 Gold

**Page 1 of 2 (36 items) 1** 2 Next > | RSS

Previous Topic | Next Topic

**Copyright Faithlife / Logos Bible Software.**