# EXHIBIT 12



I suggest the following book/series...

← Book Suggestions

New and returning users may **sign in**

**455**
votes

Vote

**The Knox Bible**
Trans. Msgr. Ronald Knox
Baronius Press (republication)
2012
978-1905574599
http://www.amazon.com/gp/product/1905574592

https://www.baroniuspress.com/book.php?wid=56&bid=60#tab=tab-1

 **Anonymous** shared this idea · Nov 24, 2015 · Flag idea as inappropriate...

How important is this to you?    Not at all    Important    Critical

Add a comment…

Tweet

**Book Suggestions**
**Post a new idea…**
**All ideas**
My feedback
General  483

Search

Contact support

Give feedback

Logos Pre-Pub

Facebook     Google

or

Email address

Password

Forgot Password?

New here? Create an account

Post comment

An error occurred while saving the comment

 **DAVID J RING JR** commented  ·  December 26, 2019 5:24 AM  ·  Flag as inappropriate

It seems the Catholic Archdiocese of England and Wales must be contacted to secure electronic publishing rights.

I also left a note about "Divine Intimacy" English translation by the Discalced Carmelites of Boston, 61 Mt Pleasant Ave, Roxbury, MA 02119, that it seems the license is held by Monastero S. Giuseppe – Carmelitane Scalze, Roma, Italia. I suggest finding an employee fluent in Italian to communicate with them as Italian is a language full of idioms which makes communication difficult.

**Ronald Tadena** commented  ·  December 14, 2019 3:17 PM  ·  Flag as inappropriate

Barronius Press most certainly does not hold the international copyright. I recall when the Barronius Press edition came out that press releases I read said they had to obtain permission from The Catholic Archdiocese of England & Wales to print it. So I was under the impression that the Archdiocese held the copyright. I also have an older edition of the Knox Bible from England that has MacMillan and Company Limited and Burns & Oates Limited listed as publishers, this edition was from 1966. Hope that sheds some light!

 **DAVID J RING JR** commented  ·  December 13, 2019 5:59 PM  ·  Flag as inappropriate

Perhaps the publisher does not own the full rights. I've had people not respond, I've eventually had to write, then write with certified mail, return receipt, finally I was told that the person in charge had died, but I did get an answer, but no action (yet). I may have to drive down and visit in person. See if you can find out who holds the international rights.

 **Craig** commented · November 27, 2019 9:52 AM · Flag as inappropriate

Just a quick update on the Knox Bible. The publisher has yet to respond to several attempts to license. We'll keep trying, but I just wanted to provide a quick update.

--Craig, Verbum Product Manager

 **Craig** commented · February 6, 2019 11:48 AM · Flag as inappropriate

This book has been requested with the publisher. --Craig, Verbum Product Manger

 **DAVID J RING JR** commented · December 16, 2018 10:58 AM · Flag as inappropriate

An excellent translation.

 **Anonymous** commented · July 29, 2017 6:35 AM · Flag as inappropriate

Indeed. The Knox Bible is an accomplishment in both bible translation and English literature.

 powered by
USERVOICE      UserVoice Terms of Service & Privacy Policy

Source: https://suggestbooks.uservoice.com/forums/308269-book-suggestions/suggestions/10852821-the-knox-bibl...          Created 2022-10-25 at 11:05