# EXHIBIT 13

# SUGGESTION: Catholic Bibles

This post has 3 Replies | 0 Followers **Page 1 of 1 (4 items)**

Posts 36980

**MJ. Smith** | Forum Activity | Posted: Thu, Oct 17 2019 2:00 AM Reply

I've just been working through a list of Catholic Bibles in English. Some suggestions:

1. I believe that our Douay-Rheims is actually Douay-Rheims-Challoner and should be retitled to reflect this.
2. As we have the Good News Translation with Apocrypha it should be very easy to obtain & produce Good News Translation Catholic Edition
3. By the same logic, getting the ESV Catholic edition should be easy to obtain & produce
4. We need to add the Knox Bible, the Jerusalem Bible, and the Christian Community Bible. Historic use, use as lectionary, lay popularity drives this selection.

Orthodox Bishop Hilarion Alfeyev: "To be a theologian means to have experience of a personal encounter with God through prayer and worship."

---

Posts 6404

**SineNomine** | Forum Activity | Replied: Fri, Oct 18 2019 8:52 AM Reply

> **MJ. Smith:**
> We need to add the Knox Bible

https://suggestbooks.uservoice.com/forums/308269-book-suggestions/suggestions/10852821-the-knox-bible - 427 votes at the moment. By this past February Craig had requested it from the publisher.

“The trouble is that everyone talks about reforming others and no one thinks about reforming himself.” St. Peter of Alcántara

---

Posts 173

**Craig St. Clair (Faithlife)** | Forum Activity | Replied: Fri, Oct 18 2019 9:35 AM Reply

We're trying on the Knox Bible. The rightsholder has been non-responsive to us thus far.

**Craig St. Clair** | Verbum Product Manager |

---

Posts 1561

**David Wanat** | Forum Activity | Replied: Fri, Oct 18 2019 2:49 PM Reply

> **SineNomine:**
>
> > **MJ. Smith:**
> > We need to add the Knox Bible
>
> https://suggestbooks.uservoice.com/forums/308269-book-suggestions/suggestions/10852821-the-knox-bible - 427 votes at the moment. By this past February Craig had requested it from the publisher.

i gave you my 3 votes.

WIN 11 i7 9750H, RTX 2060, 16GB RAM, 1TB SSD | iPad Air 3
Verbum 10 Diamond

---

**Page 1 of 1 (4 items)** | RSS **Previous Topic** | **Next Topic**

Copyright Faithlife / Logos Bible Software.

