# EXHIBIT 14

LOGOS Bible Software

# I suggest the following book/series...

← Book Suggestions

New and returning users may **sign in**

198 votes

Vote

## Divine Intimacy

Father Gabriel of St Mary Magdalen, O.C.D.

https://www.baroniuspress.com/book.php?wid=56&bid=48#tab=tab-1

**jeff** shared this idea · Dec 28, 2015 · Flag idea as inappropriate…

How important is this to you? Not at all | Important | Critical

Add a comment…

Tweet

Facebook | Google

or

Email address

Password

Forgot Password?

New here? Create an account

Post comment

An error occurred while saving the comment

**DAVID J RING JR** commented · December 26, 2019 2:17 PM · Flag as inappropriate

This book is licensed by: Monastero S. Giuseppe – Carmelitane Scalze, Roma, Italia.

**DAVID J RING JR** commented · May 24, 2019 11:10 PM · Flag as inappropriate

There is a fellow who has made corrections so that the new cycles of readings can be converted to Fr. Gabriel of St. Mary Magdalene, O.C.D's writings. See http://divineintimacy.larmour.us/ Perhaps this could be included as well.

**Craig** commented · February 6, 2019 8:47 PM · Flag as inappropriate

This book has been requested with the publisher. --Craig, Verbum Product Manager

**Book Suggestions**

Post a new idea…

All ideas

My feedback

General 483

Search

Contact support

Give feedback

Logos Pre-Pub

powered by USERVOICE UserVoice Terms of Service & Privacy Policy

