HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARONIUS PRESS, LTD., an Isle of Man limited company,<br><br>                  Plaintiff,<br><br>v.<br><br>FAITHLIFE, LLC, a Delaware limited liability company,<br><br>                  Defendant. | NO. 2:22-cv-01635-TL<br><br>[PROPOSED] ORDER GRANTING DEFENDANT A THIRTY DAY EXTENSION TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED VERIFIED COMPLAINT |

This matter comes before the Court on the Parties Joint Stipuled Motion Granting Defendant Faithlife, LLC ("**Defendant**") a Thirty Day Extension to File an Answer or Otherwise Respond to Plaintiff's Second Amended Verified Complaint, which stipulation arose from the Parties ongoing communications to address issues raised in Plaintiff Baronius Press, Ltd ("**Plaintiff**") Second Amended Verified Complaint (Dkt. 48), and being fully advised of such agreed upon resolution by the Parties; it is therefore ORDERED THAT:

    1.    The Parties' Joint Stipulated Motion to Extend Defendant's Time to Answer or Otherwise Respond to Plaintiff's Second Amended Verified Complaint is GRANTED by this Court;

ORDER GRANTING EXTENSION
OF TIME TO RESPOND – PAGE 1
2:22-cv-01635-TL

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
Telephone: +1 206 623 7580
Facsimile: +1 206 623 7022

2. Defendant's deadline to respond to Plaintiff's Second Amended Verified Complaint shall be extended thirty (30) days from its current deadline of April 24, 2023, to May 24, 2023.

IT IS SO ORDERED.

DATED this 19th day of April 2023.

Tana Lin
United States District Judge

ORDER GRANTING EXTENSION
OF TIME TO RESPOND – PAGE 2
2:22-cv-01635-TL

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
Telephone: +1 206 623 7580
Facsimile: +1 206 623 7022