HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARONIUS PRESS, LTD., an Isle of Man limited company,<br><br>Plaintiff,<br><br>v.<br><br>FAITHLIFE, LLC, a Delaware limited liability company,<br><br>Defendant. | NO. 2:22-cv-01635-TL<br><br>**EXHIBIT APPENDIX TO PLAINTIFF'S MOTION TO RECONSIDER, ALTER AND/OR AMEND THE ORDER DENYING DEFENDANT'S MOTION TO DISMISS** |

**EXHIBIT APPENDIX**

EXHIBIT APPENDIX - 1

CASE NO. 2:22-cv-01635-TL

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

| Exhibit No. | Description |
|---|---|
| **Exhibit 1** to Motion | German-language contract between the Episcopal Seminary St. Willibald Eischstatt and nova et vetera. |
| **Exhibit 2** to Motoin | English translation of the contract between the Episcopal Seminary St. Willibald Eischstatt and nova et vetera. |
| **Exhibit 3** to Motion | *US Copyright Office - Circular 14: Copyright in Derivative Works and Compilation* |
| **Exhibit 4** to Motion | Defendant's 2-19-2024 email to Plaintiff regarding Defendant's interpretation of the Court's Order and demanded action to avoid Rule 11 letter. |

EXHIBIT APPENDIX - 2

CASE NO. 2:22-cv-01635-TL

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I served the foregoing document on the following parties via ECF:

>K&L GATES LLP
>Nicholas F. Lenning
>Ashley E.M. Gammell
>925 Fourth Avenue, Suite 2900
>Seattle, WA 98104
>Email:   nicholas.lenning@klgates.com
>             ashley.gammell@klgates.com
>             abe.weill@klgates.com

*Attorneys for Defendant Faithlife, LLC*

DATED:  February 22, 2024

>*s/ Carolynn Kaiser*
>Carolynn Kaiser, Legal Secretary
>ckaiser@grsm.com

EXHIBIT APPENDIX - 3

CASE NO. 2:22-cv-01635-TL

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822