# EXHIBIT 1

# V e r l a g s v e r t r a g

zwischen

**dem Bischöflichen Seminar St. Willibald Eichstätt
vertreten durch den Hochwürdigen Herrn Regens Dr. Josef Gehr**
- nachfolgend kurz "Rechteinhaber" genannt -

und

**dem Verlag nova & vetera eK, Bataverweg 21, 53117 Bonn,
Inhaber Herr Benedikt Trost**
- nachfolgend kurz "Verlag" genannt -

**wird folgender Vertrag geschlossen:**

### § 1 Gegenstand

Gegenstand dieses Vertrages ist das Werk des am 25. August 1985 verstorbenen Eichstätter Priesters und Professors Dr. Ludwig Ott mit dem Titel

"Grundriß der Katholischen Dogmatik".
10. Auflage. Herder, Freiburg im Breisgau 1981.

### § 2 Grundsätze und Ziel

Durch Schenkungsvertrag ist das Bischöfliche Seminar St. Willibald Eichstätt, Rechteinhaber des gesamten Nachlasses, einschließlich aller Rechte am Werk von Professor Ott.

Ziel dieses Vertrages ist es, das hier gegenständliche Hauptwerk von Professor Ott dauerhaft allen Interessierten in Forschung und Lehre und theologischer Fort- und Weiterbildung wieder zugänglich zu machen. Die Parteien stimmen darin überein, dass dies dauerhaft nur gewährleistet werden kann, wenn das Werk im Sinne von Professor Ott ergänzt bzw. fortgeführt werden wird.
Die Vertragsparteien fühlen sich indes dem Geist und dem Charakter des Werkes besonders verpflichtet und sind daher der festen Überzeugung, dass eine, wie auch immer geartete Ergänzung oder Bearbeitung des Werkes nur im Sinne des Verstorbenen selbst erfolgen kann und darf.

Aus diesem Grund darf eine Bearbeitung des Werkes nur dann erfolgen, wenn sich der Rechteinhaber zuvor schriftlich mit der Auswahl der Person des Bearbeiters einverstanden erklärt hat. Erfolgt eine solche Zustimmung nicht, ist der Verlag nicht berechtigt, eine veränderte Fassung drucken zu lassen.

## § 3 Hauptrecht

Der Rechteinhaber ist alleiniger Inhaber aller Rechte an dem Werk. Er überträgt dem Verlag für alle Auflagen, Ausgaben und Nachdrucke räumlich unbeschränkt das alleinige und uneingeschränkte Recht zur Vervielfältigung und Verbreitung (Nutzungsrecht) am Werk.

Der Verlag verpflichtet sich, das Werk zu verlegen. Eine erste Auflage soll möglichst rasch, spätestens jedoch 18 (achtzehn) Monate nach Vertragsschluß erfolgen.
Sollte das Werk einmal nicht mehr lieferbar sein, ist der Rechteinhaber berechtigt, den Verlag schriftlich aufzufordern, eine Neuauflage zu veranstalten. Sollte der Verlag dieser Aufforderung nicht binnen 18 Monaten nachkommen, fallen alle Rechte an den Rechteinhaber zurück und dieser Vertrag wird nichtig.

## § 4 Nebenrechte

Der Rechteinhaber räumt dem Verlag zu dem Zweck einer bestmöglichen Verwertung des Werks oder von Teilen desselben ferner folgende ausschließliche Nebenrechte auch einzeln ein:

a) Das Recht des teilweisen Nachdrucks in verlagseigenen oder fremden Zeitschriften, Zeitungen, Werbeschriften und Sammelwerken;

b) das Recht zur Aufzeichnung vollständiger oder teilweiser Fassungen des Werkes in maschinenlesbarer, insbesondere elektronischer Form;

c) das Recht zur vollständigen oder teilweisen Vervielfältigung, Verarbeitung, Wiedergabe des Werks auf Ton- und/oder Dritträgern (z.B. Tonbändern oder -kassetten, Bildplatten, CD-Rom und vergleichbaren Techniken);

d) das Recht zu sonstiger Vervielfältigung und Verbreitung, insbes. durch fotomechanische oder ähnliche Verfahren (z.B. Fotokopie, digitale Kopie, Blindenschrift);

e) das Recht zur Vergabe von Lizenzen zur Ausübung des Nutzungsrechtes und der Nebenrechte.

Der Verlag wird den Rechteinhaber rechtzeitig unterrichten, wenn er von einem Nebenrecht selbst Gebrauch machen oder einem Dritten eine Lizenz zu dessen Ausübung erteilen will. Auch für die Ausübung der Nebenrechte gilt, dass eine Veränderung des Werkes keinesfalls zulässig ist. Der Verlag wird die Ausübung der Nebenrechte nach pflichtgemäßem Ermessen wahrnehmen.

Hinsichtlich des Rechtes der Übersetzung in andere Sprachen oder der Handhabung früherer Übersetzungen gelten die gleichen Grundsätze (keine Veränderung des Werkes, eine Bearbeitung nur nach vorheriger Genehmigung der Auswahl der Person des Bearbeiters durch den Rechteinhaber) wie für die Originalausgabe. Der Verlag verpflichtet sich - wie eine Agentur -, eventuelle Anfragen zu prüfen, Korrespondenzen zu führen und entsprechende Verträge vorzubereiten. Die letzte Entscheidung über eine fremdsprachige Lizenz obliegt jedoch immer dem Rechteinhaber, ohne eine schriftliche Zustimmung des Rechteinhabers darf keine Lizenz erteilt werden.

## § 5 Vervielfältigungspflicht, Ausstattung und Preis

Der Verlag verpflichtet sich, das Werk zu vervielfältigen, zu verbreiten und den Absatz des Werkes in geeigneter Weise zu fördern. Die Gestaltung aller Werbemittel ist Sache des Verlages. Die Ausstattung des Werkes, die Bestimmung der Auflagenhöhe, die Festsetzung und jede Änderung des Ladenverkaufspreises sind Sache des Verlages, der die Anregungen des Rechteinhabers angemessen berücksichtigen wird.

Eine Erstauflage soll möglichst bald, spätestens jedoch nach 18 Monaten erfolgen.

## § 6 Druckkosten und Freiexemplare

Die Herstellung des Werkes erfolgt auf Kosten des Verlages. Es gibt weder an der Herstellung noch am späteren Verkaufserlös eine finanzielle Beteiligung des Rechteinhabers; es gibt überhaupt keine finanziellen Pflichten des Rechtinhabers.

Der Rechteinhaber erhält von der ersten Auflage fünf Exemplare. Zehn Exemplare erhält der Rechteinhaber zukünftig von veränderten Neuauflagen, von unveränderten Neuauflagen zwei Exemplare.

Darüber hinaus ist der Rechteinhaber berechtigt, für nicht gewerbliche Zwecke, Exemplare mit Autorenrabatt (35 %) zu erwerben. Eine Weiterveräußerung unter dem gesetzlichen Ladenverkaufspreis ist nicht gestattet.

## § 7 Schlussbestimmungen

Dieses Vertragsverhältnis steht unter dem Recht der Bundesrepublik Deutschland. Ergänzend gelten die Bestimmungen des deutschen Urheber- und Verlagsrechts.

Änderungen und Ergänzungen dieses Vertrages bedürfen der Schriftform, wobei ein Briefwechsel genügt. Mündliche Nebenabreden sind nicht getroffen.

Sollten einzelne Bestimmungen dieses Vertrages unwirksam sein oder werden, so berührt dies die Gültigkeit der übrigen Bestimmungen des Vertrages nicht. Die Parteien verpflichten sich, unwirksame Bestimmungen durch neue Bestimmungen zu ersetzen, die der in den unwirksamen Bestimmungen enthaltenen Regelungen in rechtlich zulässiger Weise gerecht werden. Entsprechendes gilt für im Vertrag enthaltene Regelungslücken. Zur Behebung der Lücke verpflichten sich die Parteien auf eine Art und Weise hinzuwirken, die dem am nächsten kommt, was die Parteien nach dem Sinn und Zweck des Vertrages bestimmt hätten, wenn der Punkt von ihnen bedacht worden wäre.

Eichstätt, den 6. Juli 2004                                     Bonn, den 11. Juli 2004

Dr. Josef Gehr,                                                  Benedikt Trost,
Regens                                                           Inhaber des Verlags nova & vetera