HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARONIUS PRESS, LTD., an Isle of Man limited company, <br><br> Plaintiff, <br><br> v. <br><br> FAITHLIFE, LLC, a Delaware limited liability company, <br><br> Defendant. | NO. 2:22-cv-01635-TL <br><br> **PROPOSED JOINT CASE MANAGEMENT SCHEDULE** |

Pursuant to Judge Tana Lin's February 2, 2024 Order Denying Phased Discovery (Dkt. No. 64), and in accordance with Federal Rule of Civil Procedure ("**FRCP**") 26(f) and Local Civil Rule 26(f), Plaintiff Baronius Press, Ltd. ("**Plaintiff**") and Defendant Faithlife, LLC ("**Defendant**") held a FRCP 26(f) conference on February 15, 2024 and hereby submit this Joint Case Management Schedue. Plaintiff and Defendant shall hereafter be collectively referred to as the "**Parties**".

**1.    A statement of the nature and complexity of the case.**

**<u>Plaintiff's Position Statement</u>**. This case is complex. Plaintiff brings this lawsuit against Defendant for violations of inter alia the U.S. Copyright Act, 17 U.S.C. § 101 *et seq.*

PROPOSED JOINT CASE
MANAGEMENT SCHEDULE,
CASE NO. 2:22-cv-01635-TL - 1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

("**Copyright Act**") and the Digital Millennium Copyright Act, 17 U.S.C. § 1202 *et seq.* ("**DMCA**"), and alleges two claims of Copyright Act violations concerning two (2) copyright-protected works, *Grundriss der katholischen Dogmatik* ("***Grundriss***") and the English translation *Fundamentals of Catholic Dogma* ("***Fundamentals***") in which Plaintiff either owns all copyright rights, or is the exclusive licensee of particular rights (*i.e.*, "reproduce, adopt, and distribute" rights) in *Grundriss English Edition* and *Fundamentals*, which includes the exclusive rights to police such rights. Plaintiff seeks statutory damages for each acts of copyright infringement, an award of statutory damages for each DMCA violation; and an award of costs and attorneys' fees. As a result of the legal complexity of this dispute and lack of case law on point, coupled with discoverable evidence and testimony located in this federal district court, as well as elsewhere throughout the USA and in certain countries located in Europe, Plaintiff in an effort to promote judicial economy and to attempt to minimize the Parties' expenses, seeks the Court assistance in this process by setting forth an appropriate case management schedule allowing ample time for discovery and trial of this complex matter.

**Defendant's Position Statement**. This case is not complex. It does not involve matters of technical complexity and Defendant expects discovery to be expedient and straight-forward. This Court recently denied phased discovery as not "appropriate at this time" due to Plaintiff's allegations "regarding infringement of the exclusive license in the Revised Translation," reasoning that "resolution of the Lynch Translation ownership dispute would not necessarily be dispositive of the entire case." ECF No. 64. Plaintiff has now moved for reconsideration of the Court's Order on the Motion to Dismiss, ECF No. 63, and has disavowed those allegations. *See* ECF No. 68 at 9 ("Plaintiff in its Complaint [] did not allege that Faithlife published "the Revised Translation" . . . .); 13 ("Plaintiff has not alleged in paragraph 79 of the Complaint that

PROPOSED JOINT CASE MANAGEMENT SCHEDULE, CASE NO. 2:22-cv-01635-TL - 2

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Defendant has reproduced and distributed the '2018 Revised Translation'"). If the Court denies the motion for reconsideration, Defendant expects Counts I and III concerning the 2018 Revised Translation will be promptly withdrawn or dismissed, consistent with Plaintiff's obligations under Rule 11. Defendant therefore expects to renew its request for phased discovery and bifurcation in that event because resolution of the Lynch Translation ownership dispute would be dispositive of this case.

**2. Whether the parties consent to assignment of this case to a full time United States Magistrate Judge, pursuant to 28 U.S.C. § 636(c) and Local Rule MJR 13, to conduct all proceedings.**

No.

**3. A proposed deadline for joining additional parties.**

The Parties agree and propose the deadline to joining additional parties shall be ninety (90) days from the date that enters its Case Management Order.

**5. A discovery plan that states the parties' views and proposals on all items set forth in FRCP 26(f)(3)**.

**(A) Initial disclosures**. The Parties exchanged initial disclosures on or about March 21, 2023. Supplementation of disclosures and discovery responses are to be made as new information is acquired.

**(B) Subjects, timing, and potential phasing of discovery. Assuming a mid-June 2025 trial date, the Parties agree to the following discovery related deadlines**:

| Event | Date |
| --- | --- |
| JURY OR BENCH TRIAL SET FOR 9:00 A.M. ON | **6/2/2025** |
| Length of trial | Plaintiff: 7 days<br>Defendant: 3 days or less |

PROPOSED JOINT CASE MANAGEMENT SCHEDULE, CASE NO. 2:22-cv-01635-TL - 3

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

| Deadline for joining additional Parties | 28 days from date trial scheduling order is posted by the Court |
|---|---|
| Deadline for filing amended pleadings | 56 days from date trial scheduling order is posted by the Court |
| Disclosure of expert testimony under FRCP 26(a)(2) due | TD minus 7 months |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 30 days from above |
| All motions related to discovery must be filed by | TD minus 6 months |
| Expert Discovery completed by | TD minus 5 months |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)) | TD minus 4 months |
| Settlement Conference, if mediation has been requested by the Parties per LCR 39.1, held no later than | TD minus 3 months |
| Mediation per LCR 39.1, if requested by the Parties, held no later than | TD minus 2 months |
| All motions *in limine* must be filed by | TD minus 35 days |
| Agreed LCR 16.1 Pretrial Order due | TD minus 21 days |
| Trial briefs, proposed *voir dire* questions, and proposed jury instructions due by this date. Counsel are to confer and indicate with their submissions which exhibits are agreed to. | TD minus 17 days |
| Pretrial Conference scheduled for 1:00 p.m. on | TD minus 10 days |

PROPOSED JOINT CASE MANAGEMENT SCHEDULE, CASE NO. 2:22-cv-01635-TL - 4

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Defendant's availability in June 2025: Defendant is not presently aware of any unavailability of counsel or witnesses in June 2025.

Plaintiff's availability in June 2025: Plaintiff is not presently aware of any unavailability or counsel or witnesses in June 2025.

**(C)     Any issues about discovery or electronically stored information.**

The parties do not presently have any issue about disclosure, discovery or preservation of electronically stored information ("**ESI**") and agree to work together regarding date, custodian and search term parameters of the ESI, including potentially relevant .PST/email files.  The Parties agree to adopt the Court's model ESI Agreement with certain modifications thereto as necessary given the nature and scope of potentially relevant discovery.  The Parties will work to reach a final ESI Agreement and will submit to the Court in due course.

**(D)     Privilege issues**.

The Parties agree to adopt the Court's Model Stipulated Protected Order with certain modifications.  The parties are working to reach a final Stipulated Protective Order and will submit to the Court in due course.

**(E)     Changes to discovery limitations imposed under the Federal and Local Civil Rules or other proposed limitations on discovery.**

The Parties agree to abide by the Federal Rules of Civil Procedure and associated Local Rules regarding discovery. The Parties also agree that the following discovery limitations will apply:

i.     maximum of twenty (25) requests for admission by each party to any other party, except unlimited requests for admission for the purpose for authenticating documents;

ii.    maximum of six (6) fact witnesses and two (2) expert witnesses apiece initially. Because this matter is in its infancy, the Parties agree to confer in good faith and

PROPOSED JOINT CASE MANAGEMENT SCHEDULE,
CASE NO. 2:22-cv-01635-TL - 5

GORDON REES SCULLY MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

potentially allow up to four (4) additional fact witness depositions per party to the extent discovery reveals such need. Depositions will not exceed 7 hours on the record unless agreed by the Parties.

**(F)    The need for any discovery related orders.**

The Parties do not anticipate any need for additional discovery orders.  If, during the course of this lawsuit, the Parties have a dispute about any discovery related issue, the Parties will confer in good faith in an attempt to resolve any dispute before noticing the Court of the same for resolution.

**6.    The parties' views, proposals and agreements on all items set forth in Local Civil Rule 26(f)(1).**

**(A) Prompt case resolution.**

The Parties agree that an early mediated settlement conference after the exchange of Initial Written Discovery Requests but before the commencement of depositions could be productive and may hold an early mediated settlement conference thirty (30) days after service of Responses to such Initial Written Discovery Requests.  However, if after the exchange of such Responses, the Parties determine that an early mediated settlement conference would not be beneficial, then the Parties may agree without leave of court to forego the early mediated settlement conference.

(**B)    Alternative dispute resolution.**

Assuming a trial date of mid-June 2025, the Parties agree to discuss and consider mediation seventy-five (75) days prior to trial or on or before February 28, 2025. The parties do not agree to mediation at this time.    **(C)    Related cases**. None.

**(D)    Discovery management.** None at this time.

PROPOSED JOINT CASE MANAGEMENT SCHEDULE,
CASE NO. 2:22-cv-01635-TL - 6

GORDON REES SCULLY MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

**(E)     Anticipated discovery sought.**

The Parties anticipate discovery will be sought on Plaintiff's allegations and claims for relief as it has alleged in its Complaint, and Defendant's Answer and Affirmative Defenses. The parties initially anticipate that discovery will include discoverable evidence located in this jurisdiction, elsewhere in the USA, as well as in Germany and Ireland, in the form of documents, including ESI, and testimony.

**(F)     Phasing motions**. None. As noted above, Defendant intends to renew its motion for phased discovery if Counts I and III are withdrawn or dismissed from this case.

**(G)     Preservation of discoverable information**.

The Parties do not currently anticipate any issue with preservation of evidence.

**(H)     Privilege issues.** None at this time.

**(I)     Model Protocol for Discovery of ESI.**

The Parties agree to adopt the Court's Model ESI Agreement with necessary modifications thereto and will submit to the Court in due course.

**(J)     Alternatives to the Model Protocol.** None.

**7.     The date by which discovery can be completed.**

Fact discovery will be completed by TD minus 7 months. Expert discovery will be completed by TD minus five months.

**8.     Whether the case should be bifurcated by trying liability issues before the damages issues, or bifurcated in any other way.**

**Plaintiff's statement:** Bifurcation is not necessary for this case, as determined by Judge Tana Lin in her February 2, 2024 Order Denying Phased Discovery (Dkt. No. 64).

PROPOSED JOINT CASE MANAGEMENT SCHEDULE, CASE NO. 2:22-cv-01635-TL - 7

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

**Defendant's statement:** As noted above, Defendant intends to renew its motion for phased discovery and bifurcation if Counts I and III are withdrawn or dismissed.

**9. Whether the pretrial statements and pretrial order called for Local Civil Rules 16(e), (h), (i) and (k) and 16.1 should be dispensed with in whole or in part for economy.**

        LCR 16(e).    Yes.

        LCR 16(h).    Yes.

        LCR 16(i)     Yes.

        LCR 16(k).    Yes.

        LCR 16.1.     Yes.

**10. Whether the parties intend to utilize the Individual Trial Program set forth in Local Civil Rule 39.2.** No.

**11. Whether the parties intend to utilize any Alternative Dispute Resolution ("ADR") options set forth in Local Civil Rule 39.1.**

Not at this time.

**12. Any other suggestions for shortening or simplifying the case.** No.

**13. The date the case will be ready for trial.** June 2025 or later.

**14. Whether the trial will be jury or non-jury.** The Parties demand a jury trial.

**15. The number of trial days required.**

**Plaintiff's statement:** Seven (7) trial days.

**Defendant's statement:** No more than three days.

**16. The names, addresses and telephone numbers of all trial counsel.**

| *Attorneys for Plaintiff Baronius Press, Ltd.* | *Attorneys for Defendant Faithlife, LLC* |
|---|---|
| Meredith L. Thielbahr WSBA # 41746<br>William M. Hughbanks WSBA # 45562 | Nicholas F. Lenning, WSBA #54740<br>Ashley E.M. Gammell, WSBA #50123 |

PROPOSED JOINT CASE MANAGEMENT SCHEDULE, CASE NO. 2:22-cv-01635-TL - 8

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

| | |
|---|---|
| Mark W. Ishman, NCBA # 27908<br>Gordon Rees Scully Mansukhani, LLP<br>701 5th Avenue, Suite 2100<br>Seattle, WA 98104<br>Phone: (206) 695-5100<br>Fax: (206) 689-2822<br>Email:  whughbanks@grsm.com<br>          mthielbahr@grsm.com<br>          mishman@grsm.com<br><br>Mark W. Ishman, NCBA # 27908<br>Ishman Law Firm, PC<br>9660 Falls of Neuse Road, Suite 138-350<br>Raleigh, NC 27615<br>(919) 468-3266<br>Email: mishman@ishmanlaw.com | Abe Weill, WSBA # 58663<br>K&L Gates,LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Phone: (206) 623-7580<br>Fax: (206) 623-7022<br>Email:  nicholas.lenning@klgates.com<br>          ashley.gammell@klgates.com<br>          abe.weill@klgates.com |

**17.    The dates on which trial counsel may have complications to be considered in setting a trial date.**

Plaintiff's counsel: None.

Defendant's counsel: None.

**18.    Service Issues.**  Defendant admits to effective service.

**19.    Whether any party wishes to have a scheduling conference in advance of the Court's entry of a scheduling order in this case.** Not at this time. Defendant may request a scheduling conference related to its renewed motion for phased discovery and bifurcation, if made.

**20.    The dates on which each and every non-governmental corporate party filed its corporate disclosure statement pursuant to FRCP 7.1 and LCR 7.1.**

Plaintiff:        November 15, 2022

Defendant:    March 23, 2023.

**21.    A certification that all counsel and any pro se parties have reviewed Judge Lin's Chambers Procedures, the Local Rules, General Orders and the application**

PROPOSED JOINT CASE
MANAGEMENT SCHEDULE,
CASE NO. 2:22-cv-01635-TL - 9

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

**Electronic Filing Procedures.**

Plaintiff's counsel provides such certification as of the filing of this Proposed Case Management Schedule.

Defendant's counsel provides such certification as of the filing of this Proposed Case Management Schedule.

**22.     A certification that all counsel and any pro se parties have reviewed and complied with Judge Lin's Standing Order Regarding 28 U.S.C. 455 and Canon 3 of the Code of Conduct for the United States Judges.**

Plaintiff's counsel provides such certification as of the filing of this Proposed Case Management Schedule.

Defendant's counsel provides such certification as of the filing of this Proposed Case Management Schedule.

Dated:   February 26, 2024                    GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ William M. Hughbanks*
Meredith L. Thielbahr WSBA # 41746
William M. Hughbanks WSBA # 45562
Gordon Rees Scully Mansukhani, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Fax: (206) 689-2822
Email:   whughbanks@grsm.com
              mthielbahr@grsm.com
              mishman@grsm.com

***Attorneys for Plaintiff Baronius Press, Ltd.***

Dated February 26, 2024                       K&L GATES LLP

By: /s/ Nicholas F. Lenning
Nicholas F. Lenning, WSBA #54740
Ashley E.M. Gammell, WSBA #50123

PROPOSED JOINT CASE MANAGEMENT SCHEDULE, CASE NO. 2:22-cv-01635-TL - 10

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
Fax: (206) 623-7022
Email:   nicholas.lenning@klgates.com
         ashley.gammell@klgates.com
         abe.weill@klgates.com

***Attorneys for Defendant Faithlife, LLC***

PROPOSED JOINT CASE
MANAGEMENT SCHEDULE,
CASE NO. 2:22-cv-01635-TL - 11

**GORDON REES SCULLY**
**MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I served the foregoing document on the following parties via ECF:

> K&L GATES LLP
> Nicholas F. Lenning
> Ashley E.M. Gammell
> Abe Weill
> 925 Fourth Avenue, Suite 2900
> Seattle, WA 98104
> Email:  nicholas.lenning@klgates.com
> ashley.gammell@klgates.com
> abe.weill@klgates.com
>
> ***Attorneys for Defendant Faithlife, LLC***

DATED:  February 26, 2024

*s/ Carolynn Kaiser*
Carolynn Kaiser, Legal Secretary

1296671/79043182v1

PROPOSED JOINT CASE MANAGEMENT SCHEDULE,
CASE NO. 2:22-cv-01635-TL - 12

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822